# EXHIBIT 29

| From: | Stephanie Burchfield - NOAA Federal <stephanie.burchfield@noaa.gov> |
|---|---|
| Sent: | Friday, December 08, 2017 10:52 AM |
| To: | Diana Dishman - NOAA Affiliate |
| Subject: | Re: Telework today |

This looks good. A few edits in red. I agree that you should send this sooner than later to Chris W. also, go ahead with CS and I'll do some cleaning now!

NMFS supports implementing this SOR to promote downstream fish passage. NMFS also supports the Corps plan to monitor TDG downstream of the dam while implementing this operation, and to adapt or suspend this operation to address water quality concerns. As the SOR indicates, recent studies have shown that passage through Cougar Dam is poor, however, juvenile survival rates are higher through the RO than passing through the turbines. However, these studies and prior investigations have shown that survival rates of juveniles through the [turbines and] RO [depend on flow and] are higher at higher gate openings. Additionally, the proportions of fish passing through the RO versus turbines varies with discharge rates and reservoir elevations. Therefore NMFS requests the RO be operated at the 3.7 ft gate opening if possible. Further, NMFS requests monitoring of fish condition below both passage routes through the dam to verify that the intended benefits of improved passage survival are being achieved under the flow conditions that occur during this operation."

Stephanie Burchfield
Fisheries Biologist
NOAA Fisheries West Coast Region
U.S. Department of Commerce
1201 NE Lloyd Blvd, Suite 1100
Portland OR 97232

*ACP*

stephanie.burchfield@noaa.gov
www.westcoast.fisheries.noaa.gov



On Fri, Dec 8, 2017 at 10:35 AM, Diana Dishman - NOAA Affiliate <diana.dishman@noaa.gov> wrote:
> I started drafting a generic response to the SOR email, but if you have different studies/figures you'd like us to find before we respond I can wait. Anne was interested in adding specifics, but it doesn't change our request so I don't know if we want to wait for that. She was saying that one of those studies might provide an example we could suggest for the type of monitoring we're asking for.
>
> Here's what I have so far:
>
> "NMFS supports implementing this SOR to promote downstream fish passage. NMFS also supports the Corps plan to monitor TDG downstream of the dam while implementing this operation, and to adapt or suspend this operation to address water quality concerns. As the SOR indicates, recent studies have shown that passage through Cougar Dam is poor juvenile survival rates are higher through the RO than passing through the turbines. However, these studies and prior investigations have shown that survival rates of juveniles passing through the turbines and RO depend on flow and gate openings. Therefore NMFS requests monitoring of fish condition below both passage routes through the dam to verify that the intended benefits of improved passage survival are being achieved under the flow conditions that occur during this operation."

Please let me know how long you'd like me to hold on this. I guess I'm thinking the best/fastest way to do this would be to send this more general approval to Chris W, and then coordinate with Greg Taylor directly to get the monitoring done the way we think is most appropriate.

Reviewing your language in the C-S draft now, but I can hold off if you're about to pick it up...

Diana

--
**Diana Dishman**
Scientist, Contractor with Ocean Associates, Inc.
NOAA Fisheries West Coast Region
U.S. Department of Commerce
1201 NE Lloyd Blvd, Suite 1100 Portland OR 97232
Office: 503.736.4466
diana.dishman@noaa.gov


www.westcoast.fisheries.noaa.gov

On Fri, Dec 8, 2017 at 9:56 AM, Stephanie Burchfield - NOAA Federal <stephanie.burchfield@noaa.gov> wrote:
> When did you want to work on CS today - am or pm? I haven't started on it yet -- got side-tracked looking for the docs that Anne should really be referencing if she wants to investigate the Cougar RO question. I'm sorry there are soooo many docs in our p drive. It's kind of like a raffle - you never know what prize you'll pull out of the jar.
>
>
> Stephanie Burchfield
> Fisheries Biologist
> NOAA Fisheries West Coast Region
> U.S. Department of Commerce
> 1201 NE Lloyd Blvd, Suite 1100
> Portland OR 97232
>
>  *ACP*
>
> stephanie.burchfield@noaa.gov
> www.westcoast.fisheries.noaa.gov
>
> 
>
> On Fri, Dec 8, 2017 at 9:50 AM, Diana Dishman - NOAA Affiliate <diana.dishman@noaa.gov> wrote:
>> Hi Stephanie,

I uploaded the 12/7 version of the C-S BiOp draft last night, and was planning to finish review the consultation history and proposed actions as you requested, assuming those won't change in the draft you're working on today. Is that ok? I wasn't going to insert any of the updated status language into it until I'm back in the office and can put it in your most recent version.

Do you have a next item/section you'd like me to work on while you're working on the baseline? Or would you like to hand it off to me when you've gone as far as you wanted today, and I can continue merging the text for that section? Whatever you think is best.

--
**Diana Dishman**
Scientist, Contractor with Ocean Associates, Inc.
NOAA Fisheries West Coast Region
U.S. Department of Commerce
1201 NE Lloyd Blvd, Suite 1100 Portland OR 97232
Office: 503.736.4466
diana.dishman@noaa.gov



www.westcoast.fisheries.noaa.gov


On Fri, Dec 8, 2017 at 8:57 AM, Stephanie Burchfield - NOAA Federal <stephanie.burchfield@noaa.gov> wrote:
> Hi - I'm working on CS baseline section, so let me know if you get to CS and what section and version you'll be working on.
>
> ... my plan for today is
>
> 1. initial input of merged old biop and 2017 BA into the latest draft (mine is dated 12/7, but will soon be 12/8)
> 2. do my time sheet and pester NOAA retirement person
> 3. clean my office!!!! (devote at least 4 hrs to it today)
>
> Have a good day and great weekend!
>
>
> Stephanie Burchfield
> Fisheries Biologist
> NOAA Fisheries West Coast Region
> U.S. Department of Commerce
> 1201 NE Lloyd Blvd, Suite 1100
> Portland OR 97232

*ACP*

stephanie.burchfield@noaa.gov
www.westcoast.fisheries.noaa.gov



On Fri, Dec 8, 2017 at 8:15 AM, Diana Dishman - NOAA Affiliate <diana.dishman@noaa.gov> wrote:
Hi Marc,

As we discussed yesterday I'll be teleworking today. I plan to work on:

- responding to a Special Operation Request for Cougar for WFPOM
- working with Anne to update the WBR comments draft after we receive your comments
- Carmen-Smith
- review of APPS end of year reports, as time allows

You can reach me on my cell ACP if you need anything.

Thanks!
Diana


--
**Diana Dishman**
Scientist, Contractor with Ocean Associates, Inc.
NOAA Fisheries West Coast Region
U.S. Department of Commerce
1201 NE Lloyd Blvd, Suite 1100 Portland OR 97232
Office: 503.736.4466
diana.dishman@noaa.gov



www.westcoast.fisheries.noaa.gov