JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
MICHAEL R. EITEL, Senior Trial Attorney
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623
Facsimile: (202) 305-0275
Email: kaitlyn.poirier@usdoj.gov; michael.eitel@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL DEFENSE CENTER, et al., | Case No.: 3:18-cv-00437-HZ |
| Plaintiffs, | NOTICE OF FILING THE ADMINISTRATIVE RECORDS |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS, et al., | |
| Defendants, | |
| and | |
| CITY OF SALEM and MARION COUNTY, | |
| Defendant-Intervenors. | |

Pursuant to LR 5-2(e)(1)(B), Federal Defendants the United States Army Corps of Engineers ("Corps") and National Marine Fisheries Service ("NMFS") hereby notify the Court that they are filing administrative records in the above-captioned matter. Federal Defendants sent an original and

Notice of Filing the Administrative Record - 1

a Chamber's copy of NMFS's completed administrative record—which includes the index, certification, and other documents—on a CD-ROM to the Clerk's Office today via overnight mail. Federal Defendants also sent the original and a Chamber's copy of the Corps' first batch of administrative record documents, which are located on an external hard drive.[1] As Federal Defendants explained in our unopposed motion to modify the administrative record deadline, ECF 86, the Corps will provide the second batch of administrative record documents, a certification of the administrative record, and a privilege log by July 19, 2019.

      Federal Defendants also served these administrative records to Plaintiffs' and Defendant-Intervenors' counsel via overnight mail.

Dated: June 27, 2019

                    JEAN E. WILLIAMS, Deputy Assistant Attorney General
                    SETH M. BARSKY, Section Chief
                    S. JAY GOVINDAN, Assistant Section Chief

                    KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
                    U.S. Department of Justice
                    Environment & Natural Resources Division
                    Wildlife & Marine Resources Section
                    Ben Franklin Station, P.O. Box 7611
                    Washington, D.C. 20044-7611
                    Telephone: (202) 307-6623
                    Facsimile: (202) 305-0275
                    Email: kaitlyn.poirier@usdoj.gov

                    */s/ Michael R. Eitel*
                    MICHAEL R. EITEL, Senior Trial Attorney
                    U.S. Department of Justice
                    Environment & Natural Resources Division
                    Wildlife & Marine Resources Section
                    999 18th Street, South Terrace 370
                    Denver, Colorado 80202
                    Telephone: (303) 844-1479
                    Fax: (303) 844-1350
                    Email: michael.eitel@usdoj.gov

                    Attorneys for Federal Defendants

---

[1] The Corps used an external hard drive due to the record's size.

Notice of Filing the Administrative Record - 2

## CERTIFICATE OF SERVICE

I certify that on June 27, 2019, the foregoing was electronically filed through the Court's electronic filing system, which will generate automatic service on all parties enrolled to receive such notice.

                                        */s/ Kaitlyn Poirier*
                                        Kaitlyn Poirier
                                        Trial Attorney, U.S. Department of Justice