Lauren M. Rule (OSB #015174)
Elizabeth H. Potter (OSB #105482)
ADVOCATES FOR THE WEST
3701 SE Milwaukie Ave. Ste. B
Portland, OR 97202
(503) 914-6388
lrule@advocateswest.org
epotter@advocateswest.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL DEFENSE CENTER, WILDEARTH GUARDIANS**, and **NATIVE FISH SOCIETY**, | Case No. 3:18-cv-00437-HZ |
| Plaintiffs, | NOTICE OF PLAINTIFFS' REMEDY PROPOSAL |
| v. | |
| **U.S. ARMY CORPS OF ENGINEERS** and **NATIONAL MARINE FISHERIES SERVICE**, | |
| Defendants, | |
| and | |
| **CITY OF SALEM** and **MARION COUNTY**, | |
| Defendant-Intervenors, | |

In accordance with this Court's Order of September 9, 2020 (ECF No. 116), Plaintiffs hereby submit their remedy proposal for the remedy phase of this litigation (attached hereto).

Dated: October 9, 2020                           Respectfully submitted,

                                                  /s/Lauren M. Rule
                                                 Lauren M. Rule (OSB #015174)
                                                 Elizabeth H. Potter (OSB #105482)
                                                 ADVOCATES FOR THE WEST
                                                 3701 SE Milwaukie Ave, Suite B
                                                 Portland, OR 97202
                                                 Tel: (503) 914-6388
                                                 lrule@advocateswest.org
                                                 epotter@advocateswest.org

                                                 Attorneys for Plaintiffs