ELLEN F. ROSENBLUM
Attorney General
CHRISTINA L. BEATTY-WALTERS  #981634
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Tina.BeattyWalters@doj.state.or.us

Attorneys for Amicus Curiae State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL DEFENSE CENTER, WILDEARTH GUARDIANS, and NATIVE FISH SOCIETY, | Case No.  3:18-cv-00437-HZ |
| Plaintiffs, | BRIEF OF AMICUS CURIAE STATE OF OREGON IN SUPPORT OF PLAINTIFFS' PROPOSED REMEDIES |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS and NATIONAL MARINE FISHERIES SERVICE, | |
| Defendants. | |

## INTRODUCTION

The State of Oregon, by and through the Oregon Department of Fish and Wildlife ("ODFW"), strongly supports remedies proposed by plaintiffs (Docket # 117) as critically necessary steps towards the recovery of the Upper Willamette River spring Chinook and winter steelhead. These species are listed and imperiled with extinction primarily because the

Page 1 -   BRIEF OF AMICUS CURIAE STATE OF OREGON IN SUPPORT OF PLAINTIFFS'
              PROPOSED REMEDIES
          TBW/jl9/10470933

Willamette Project dramatically limits the historic range they have occupied and is operated largely without regard to the needs of fish.  Twelve years ago, in the 2008 Biological Opinion's Reasonable and Prudent Alternatives, National Marine Fisheries Service ("NMFS") identified actions that were necessary to avoid jeopardizing the existence of the fish.  Those actions have largely not been taken. And the species are paying the price; the populations have not improved their status.  The 2019 adult count of spring Chinook was the lowest since 2008.  And the 2017 adult count of winter steelhead was the lowest on record.[1]

Significant structural changes in the system are needed.  As described in the Declarations of Dr. Elise Kelley ("Kelley Dec.") and Jeffrey S. Ziller ("Ziller Dec."), ODFW supports the timelines proposed for consultation in combination with the other measures proposed.  The timelines proposed are generous given the amount of data and background work that has already been completed.  ODFW also supports the proposed interim measures as described herein and in the accompanying declarations.  The measures are likely to both benefit fish in the short term by improving downstream passage and provide valuable information that will inform future management actions and alternatives.  Finally, ODFW supports the monitoring and technical team measures.  Monitoring is critical to inform future actions and improve management strategies.  Also, because these are dynamic natural systems and it would be impossible to anticipate the precise management measures needed to maximize benefits for fish over a period of years, ODFW supports the creation of a technical advisory team that will require the U.S. Army Corps of Engineers ("Corps") to prioritize benefits to fish in their operational decisions.

The plaintiffs' proposal has both short and long-term value for Upper Willamette River spring Chinook and winter steelhead and is consistent with the science-based recommendations

---

[1] Data on fish returns maintained and available on ODFW website at:
https://www.dfw.state.or.us/fish/fish_counts/willamette%20falls.asp.

Page 2 -   BRIEF OF AMICUS CURIAE STATE OF OREGON IN SUPPORT OF PLAINTIFFS'
PROPOSED REMEDIES
TBW/jl9/10470933

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT A     2 of 9

that ODFW has been making for years.  For these reasons, ODFW supports the remedies proposed by plaintiffs.

## ARGUMENT

### I.     ODFW supports the proposed deadlines.

Plaintiffs' proposal includes a deadline for the completion of consultation and the completion of a study of fish passage alternatives at Cougar Dam.  As the Court has already ruled, consultation based on current scientific knowledge is required and was unlawfully delayed.  (Opinion and Order, Docket #112, p 32-33).  ODFW supports entry of a judgment requiring that the Defendants complete consultation by December 2024.  The four-year consultation period is generous enough to allow the Corps to implement the interim measures that the Court orders and allow the management agencies to collect data to inform the consultation process.  *See, e.g.,* Kelley Dec., ¶ 6.  With respect to the Cougar Dam study, the abandonment of power production at Cougar Dam would open up more operational options that could benefit fish, such as removing and replacing turbines with more fish-friendly outlets that could be used for passage.

### II.     ODFW supports the proposed interim measures.

The proposed interim measures are likely to benefit fish.  In particular, the measures are likely to improve downstream passage and below-dam habitat and provide valuable information that will inform future management actions.  The basis of ODFW's support is described in greater detail in the declarations submitted with this brief.

#### A.     North Santiam

For the North Santiam, plaintiffs include operational measures at Detroit Dam designed to better mimic natural temperature conditions and to improve downstream passage.  These measures are likely to be beneficial or, at a minimum, should be studied to determine their impact on downstream passage and survival.  The reservoir drawdown proposal will give

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT A     3 of 9

juvenile fish an opportunity to locate the upper regulating outlet and exit the reservoir below the dam. Kelley Dec. ¶ 7. Monitoring juvenile fish behavior and injury and mortality will provide needed information to inform operations. Kelley Dec. ¶¶ 7, 9. ODFW strongly supports spring spill because juvenile fish are likely to be present during the time spill is requested, they are likely to be attracted to the dam when spill is occurring, and passage via spill is less likely to result in injury or mortality compared with passage through turbines. Kelley Dec. ¶ 8. These measures, when implemented along with monitoring and latitude for adjustment based on technical advisory team recommendations, are important for informing future management regimes as well as structural changes to the system. Kelley Dec. ¶ 9.

Plaintiffs recommend interim measures at Big Cliff dam designed to ameliorate excessive total dissolved gas. Excessive total dissolved gas can be detrimental to fish and cause gas bubble disease. Kelley Dec. ¶ 10. ODFW supports the measures proposed and the involvement of the technical advisory team to evaluate and advise on ongoing best options to benefit fish. Kelley Dec. ¶¶ 11, 12. Spreading spill is likely to have limited impact due to the design of Big Cliff Dam. A structural solution is needed. Kelley Dec. ¶ 12. ODFW supports the provision allowing the technical advisory team to study possible structural solutions and requiring the Corps to complete a Design Documentation Report.

**B.     South Santiam**

Plaintiffs recommend multiple measures relating to Green Peter Dam, including outplanting adult fish above the dam, constructing permanent adult fish release sites, and changing dam operations to improve juvenile downstream passage. ODFW strongly supports these measures. NMFS has been calling for outplanting adult fish above Green Peter for years. Kelley Dec. ¶ 16. Outplanting both Chinook salmon and winter steelhead above Green Peter Dam is essential for recovery. Kelley Dec. ¶ 14. Habitat above Green Peter is relatively pristine. Kelley Dec. ¶¶ 13, 14, 15. Habitat below the dam, however, is not sufficient to support a self-

Page 4 -   BRIEF OF AMICUS CURIAE STATE OF OREGON IN SUPPORT OF PLAINTIFFS'
           PROPOSED REMEDIES
           TBW/jl9/10470933

                          Department of Justice
                          100 SW Market Street
                          Portland, OR 97201
                          (971) 673-1880 / Fax: (971) 673-5000

                                                    MOTION FOR LEAVE
                                                    EXHIBIT A     4 of 9

sustaining population of spring Chinook or winter steelhead.  Kelley Dec. ¶ 14.  In fact, the mainstem habitat above Foster Dam is scoured such that nearly an entire year-class of spring Chinook failed to return to spawn.  Kelley Dec. ¶ 15.  The construction of permanent adult release sites would also be beneficial to ensure consistent practices and appropriate release conditions.  Kelley Dec. ¶ 20.

ODFW also supports the proposed Green Peter operational changes to support downstream passage.  There have been extensive efforts to study passage efficiency at Green Peter through outflow pipes that connect to fish horns that allow fish to be released below the dam.  Kelley Dec. ¶ 18.  Research has shown high survival rates (99% or better).  Kelley Dec. ¶ 18.  The reservoir behind Green Peter is challenging for juvenile fish to navigate, however, and studies suggest they have difficulty finding the fish horns to exit below the dam.  Conducting spill as plaintiffs propose may improve attraction to the dam.  Kelley Dec. ¶ 18.  Research is needed to improve dam passage efficiency and help inform future actions.  Kelley Dec. ¶ 18.  ODFW also supports the proposal requiring the technical advisory team to study the effects of the interim measures and recommend adjustments if necessary.

ODFW supports the interim measures proposed at Foster Dam as well.  In particular, the spring and fall spill proposals are likely to provide improved juvenile passage for steelhead smolts, Chinook salmon fry, and younger year classes of *Oncorhynchus mykiss*.  Kelley Dec. ¶ 21.  Also, structural options to improve fish passage are needed because the Foster Fish Weir injures and kills fish.  Kelley Dec. ¶ 22.  The proposal to have the technical advisory team evaluate possible structural improvements and recommend a preferred option, whether or not that includes a reconstructed fish weir, would be an improvement from the status quo.  Kelley Dec. ¶ 22.

Page 5 -    BRIEF OF AMICUS CURIAE STATE OF OREGON IN SUPPORT OF PLAINTIFFS'
              PROPOSED REMEDIES
        TBW/jl9/10470933

                              Department of Justice
                              100 SW Market Street
                              Portland, OR 97201
                        (971) 673-1880 / Fax: (971) 673-5000

                                                    MOTION FOR LEAVE
                                                    EXHIBIT A    5 of 9

### C.    South Fork McKenzie

Plaintiffs propose multiple operational measures at Cougar Dam including limiting reservoir elevation and turning off turbines, as well as other measures designed to improve downstream passage.  ODFW supports these measures because they are likely to improve downstream fish passage for juvenile salmon. Ziller Dec. ¶ 7.  Downstream passage is the major impediment in the South Fork McKenzie River to restoration of the fish populations.  Ziller Dec. ¶ 9.  Limiting reservoir elevation in the spring increases the probability that fry will migrate through the dam and utilize the extensive restored habitat below the dam.  Ziller Dec. ¶ 11.  Limiting reservoir elevation in the fall also facilitates juvenile fish migration.  Ziller Dec. ¶ 15.  Because evidence suggests migration occurs at night, the proposal to turn off the turbines at night in the spring and the fall is likely to increase survival of fry and smolts.  Ziller Dec. ¶ 12.  Evidence suggests fewer injuries occur from passage when turbines are turned off.  Ziller Dec. ¶ 15.  Plaintiffs also propose improving the surface of the regulating outlet and constructing a flip lip in order to reduce injuries to fish from the impact of exiting the dam at the regulating outlet.  ODFW supports these measures and also believes they are likely to improve total dissolved gas levels.  Ziller Dec. ¶ 16.

### D.    Middle Fork Willamette

Plaintiffs propose a suite of operational changes at both Lookout Point Dam and Dexter Dam.  ODFW supports these interim measures because they are likely to improve downstream fish passage for juvenile fish by reducing mortality.  Ziller Dec. ¶ 17.  Consistent with the management strategies identified in the 2011 Recovery Plan,[2] plaintiffs propose drawing down the reservoir behind Lookout Point Dam in the fall to allow juvenile Chinook salmon to migrate through the regulating outlets.  This action is likely to reduce mortality compared with moving

---

[2] *See* ODFW and NMFS Northwest Region. 2011. Upper Willamette River Conservation and Recovery Plan for Chinook Salmon and Steelhead. ODFW, Salem. (available at: http://www.nmfs.noaa.gov/pr/pdfs/recovery/chinook_steelhead_upperwillametteriver.pdf.)

Page 6 -    BRIEF OF AMICUS CURIAE STATE OF OREGON IN SUPPORT OF PLAINTIFFS'
          PROPOSED REMEDIES
TBW/jl9/10470933

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE

EXHIBIT A    6 of 9

through the turbines. Ziller Dec. ¶ 19. It will also reduce predation on juvenile salmon that would otherwise be forced to hold in Lookout Point Reservoir for extended periods. Ziller Dec. ¶ 18. Further, plaintiffs propose conducting spill and turning off turbines at Dexter Dam during the fall drawdown at Lookout Point. This will be beneficial to migrating fish because it allows fish able to migrate through Lookout Point's regulating outlets to continue to pass through the Dexter Dam without risking injury or death from turbines. Ziller Dec. ¶ 20. ODFW also believes the proposed spring spill would benefit fish by allowing some fry to leave the reservoir through the spill gates and avoid predation in the reservoir. Ziller Dec. ¶ 21.

Finally, ODFW supports the interim measures proposed at the Fall Creek Dam. Although the Corps does draw down this reservoir, limiting the elevation of the reservoir in spring as plaintiffs propose is likely to result in additional benefits for spring Chinook life history diversity. Under the Corps' strategy, most juvenile spring Chinook migrate out of the reservoir in a small window during the fall drawdown. The plaintiffs' proposal to maintain a lower elevation in the late winter and early spring will allow a more natural opportunity for Chinook fry to disperse to areas below Fall Creek Dam. Ziller Dec. ¶ 23.

## III.    ODFW supports the monitoring and technical team measures.

In their "Monitoring and Other Measures" provision, plaintiffs make several recommendations that are key to the successful implementation of all the proposed remedies. First, plaintiffs propose that the Corps fund monitoring and research. This is critical because without data collection and analysis, it will be impossible to know which measures are successful and to what degree. Ziller Dec. ¶ 24. To constantly improve their management strategies, ODFW employs an adaptive management approach that requires making adjustments based on observation and study of the impact of previous strategies. *See, e.g.,* Kelley Dec. ¶ 6. ODFW described the adaptive management approach in the 2011 Recovery Plan. In a dynamic natural system like the upper Willamette, this approach allows the agency to respond to the best

Page 7 -    BRIEF OF AMICUS CURIAE STATE OF OREGON IN SUPPORT OF PLAINTIFFS'
             PROPOSED REMEDIES
             TBW/jl9/10470933

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT A        7 of 9

available science. However, although critical, research and monitoring are expensive and not always budgeted. A funded monitoring program will maximize the value of the interim measures—whether or not they are exactly as successful as anticipated. Monitoring and research will inform future efforts and planning during consultation and otherwise. *See* Kelley Dec. ¶ 6; Ziller Dec. ¶ 25. ODFW also supports the requirement that the research and data be made publicly available for transparency and scientific use. Kelley Dec. ¶ 28.

Second, Plaintiffs recommend the creation of a technical advisory team to make specific recommendations to the Corps that ODFW understands the Corps will be required to follow. The technical advisory team would also create the monitoring protocols and conduct (or oversee and direct) the necessary monitoring. ODFW strongly supports this provision. ODFW has significant experience conducting monitoring activities. It has conducted adult spawning surveys, snorkel surveys for juveniles in the summer, reservoir residence, predation, and passage studies, screw trapping studies above and below dams for juvenile fish, and genetic studies. ODFW also has many experienced fish biologists with relevant experience and knowledge of the species and river systems who would willingly serve as members of a technical team. Notably, the creation of a technical advisory team to recommend actions and practices is not new. What *will* be new is the requirement that the Corps implement the advice of the team. Existing team structures do not require the Corps to follow advice—and it often does not. Kelley Dec. ¶¶ 25, 27.

The creation of a technical advisory team with teeth is an important proposed measure. That is because these are dynamic natural systems. There are inevitably going to be circumstances requiring the application of professional judgment that cannot easily be anticipated in a judgment. *See, e.g.,* Ziller Dec. ¶ 26; Kelley Dec. ¶ 6. ODFW supports a remedy requiring the Corps to defer to the professional judgment of a team of experts whose guiding principle is to preserve the threatened species.

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CONCLUSION

For all these reasons, the State of Oregon, by and through ODFW, respectfully requests the Court to adopt these remedies proposed by plaintiffs.

DATED October __22__, 2020.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General


___*s/ Christina L. Beatty-Walters*_____
CHRISTINA L. BEATTY-WALTERS #981634
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Tina.BeattyWalters@doj.state.or.us
Of Attorneys for Amicus Curiae State of
Oregon

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000