ELLEN F. ROSENBLUM
Attorney General
CHRISTINA L. BEATTY-WALTERS  #981634
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Tina.BeattyWalters@doj.state.or.us

Attorneys for Amicus Curiae State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL DEFENSE CENTER, WILDEARTH GUARDIANS, and NATIVE FISH SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | Case No.  3:18-cv-00437-HZ<br><br>DECLARATION OF JEFFREY S. ZILLER IN SUPPORT OF STATE OF OREGON AMICUS BRIEF |

I, Jeffrey S. Ziller, hereby declare,

1. I am the Oregon Department of Fish and Wildlife (ODFW) District Fish Biologist for the Upper Willamette portion of the South Willamette Watershed District.  I make this declaration based on personal knowledge, information and data of ODFW, and professional opinion.

Page 1 -    DECLARATION OF JEFFREY S. ZILLER IN SUPPORT OF STATE OF OREGON AMICUS BRIEF
TBW/jl9/10494142

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT B    1 of 15

2. I earned a Bachelor of Science in Fisheries Science from Oregon State University in 1976 and for the 44 years since I graduated, I have worked for the Oregon Department of Fish and Wildlife (ODFW).  I have held my current position since July of 1990.  In this position, I am responsible for all State fish management activities in the McKenzie, Middle Fork Willamette and Coast Fork Willamette basins.  I represent the district at Oregon Fish and Wildlife Commission hearings, Lane County land use hearings, three Watershed Councils, and state and federal permit reviews.

3. I developed long-range fish management plans and angling regulations for all waters of the South Willamette Valley (Oregon Administrative Rules).  In addition, I developed and implemented annual work plans for fish management in the District including population monitoring, habitat protection and enhancement, implementation of the Salmon Trout Enhancement Program, and additional measures identified in the Oregon Plan for Salmon and Watersheds.

4. I am the primary District contact for inquiries from National Marine Fisheries Service (NMFS), the U.S. Fish and Wildlife Service (USFWS) concerning fish population status and habitat considerations. I have State management responsibility for Willamette Spring Chinook Salmon and Willamette Bull Trout that were placed on the Endangered Species Act list of threatened or endangered Species during 1999.[1] I also manage populations of Oregon Chub, a fish that was federally listed beginning in 1992; and was removed from the list when deemed recovered in 2015.

5. As District Fish Biologist, I have worked closely with NMFS, USFWS and the U.S. Army Corps of Engineers (Corps) to determine potential recovery strategies for populations of Willamette Spring Chinook and Willamette Bull Trout.  I was heavily

---

[1] NMFS (National Marine Fisheries Service). 1999b. Endangered and threatened species: threatened status for three Chinook salmon evolutionarily significant units (ESUs) in Washington and Oregon, and endangered status of one Chinook salmon ESU in Washington. Federal Register 64:14307-14328.

Page 2 -    DECLARATION OF JEFFREY S. ZILLER IN SUPPORT OF STATE OF OREGON
                  AMICUS BRIEF
            TBW/jl9/10494142

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT B    2 of 15

involved in the development and implementation of the 2008 Willamette Valley Project
Biological Opinion (BiOp).[2]  I also work closely with the teams that are working on the
research, engineering and implementation aspects of the Reasonable and Prudent
Alternative (RPA) measures NMFS provided in their BiOp.  I have worked extensively
with the people operating Willamette Valley Project (WVP) and with the people of the
Corps Portland District that assist in operating the projects.  I am very familiar with the
operation of these projects, especially Cougar, Blue River, Fall Creek, Dexter, Lookout
Point, Hills Creek, Dorena and Cottage Grove dams and reservoirs.[3]

## DISCUSSION OF THE REMEDIES PROPOSED BY THE PLAINTIFFS
## FOR COUGAR DAM

6.    The mainstem of the McKenzie River contains the most genetically intact population of
spring Chinook salmon in the Willamette Basin.  It is the only major river in the
Willamette Basin that does not have a mainstem dam from the WVP affecting a wild
population of Willamette Spring Chinook Salmon.  This has allowed the wild salmon of
the McKenzie to reproduce without interruption of the transfer of genetic material for
centuries.  The mainstem population in the McKenzie has been small though relatively
consistent in the past 30 years.  Prior to construction of Cougar Dam in 1963, an
estimated 4,000 spring chinook spawned in the South Fork McKenzie River.  With the
exception of the portion inundated by Cougar Reservoir, the habitat for spring chinook in
the South Fork above the reservoir is intact and relatively pristine. ODFW is counting on
improvements in downstream passage at Cougar Dam to increase viability of the
McKenzie Chinook salmon population and meet recovery goals.

---

[2] NMFS (National Marine Fisheries Service). 2008. 2008-2023 Willamette River Basin Project Biological Opinion.
NOAA's National Marine Fisheries Service, Northwest Region, Seattle, WA. F/NWR/2000/02117.

[3] ODFW and NOAA. 2011. Upper Willamette River conservation and recovery plan for Chinook salmon and
steelhead. Oregon Department of Fish and Wildlife, Salem, and NOAA Fisheries, Northwest Region, Seattle WA.

Page 3 -    DECLARATION OF JEFFREY S. ZILLER IN SUPPORT OF STATE OF OREGON
                AMICUS BRIEF
            TBW/jl9/10494142

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT B    3 of 15

7. I have reviewed the Plaintiffs' Remedy Proposal filed on October 09, 2020. The proposed interim measures for Cougar Dam and Reservoir are very likely to increase downstream fish passage efficiency for juvenile salmon because they are consistent with practices recognized for reducing mortality at Willamette and Columbia river dams. Monitoring the survival response of fish to these practices will increase the knowledge base necessary to make good decisions on fish passage in the future.

8. There is strong evidence from the Columbia River hydropower projects that spring and summer spill is beneficial for juvenile salmon survival and smolt to adult returns.[4] Evidence from the Willamette River also suggests that increased spring spill, achieving early passage of smaller fish, may help decrease copepod infections [5] and predation risks associated with reservoir-rearing.[6] Spring spill would also encourage greater retention of the full suite of spring Chinook life-history strategies, [7] and smaller fish would likely have higher survival rates through surface passage routes than they would passing the dam through the powerhouse. [8]

---

4 NMFS (National Marine Fisheries Service). 2014. Endangered Species Act - Section 7(a)(2) Consultation, Supplemental Biological Opinion. Consultation on remand for operation of the Federal Columbia River Power System. National Marine Fisheries Service, Portland, Oregon, January 17, 2014

   NMFS (National Marine Fisheries Service). 2019. Endangered Species Act (ESA) Section 7(a)(2) Biological Opinion and Magnuson-Stevens Fishery Conservation and Management Act Essential Fish Habitat Response Continued Operation and Maintenance of the Columbia River System, NMFS Consultation Number: WCRO-2018-00152, National Marine Fisheries Service, Portland, Oregon, March 29.2019

5 Herron, C.L., M.L. Kent, C.B. Schreck. 2017. Swimming endurance in juvenile Chinook salmon infected with *Salmincola californiensis*. Journal of Aquatic Animal Health 30:1

   Monzyk, F.R., J.D. Romer, R. Emig, and T.A. Friesen. 2015. Life-history characteristics of juvenile spring Chinook salmon rearing in Willamette Valley reservoirs. Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0007. Oregon Department of Fish and Wildlife, Corvallis, OR.

6 Monzyk, F.R., T.A. Friesen, and J.D. Romer. 2015. Infection of juvenile salmonids by *Salmincola californiensis* (Copepoda: Lernaeopodidae) in reservoirs and streams of the Willamette River basin, Oregon. Transactions of the American Fisheries Society 144: 891-902.

7 Schroeder, R. K., L. D. Whitman, B. Cannon, and P. Olmsted. 2015. Juvenile life-history diversity and population stability of spring Chinook salmon in the Willamette River basin, Oregon. Canadian Journal of Fisheries and Aquatic Sciences 73:921-934.

8 Taylor, G. 2000. Monitoring of downstream fish passage at Cougar Dam in the South Fork McKenzie River, Oregon 1998-00 Final Report, Oregon Department of Fish and Wildlife, Springfield. pp.1-9.

TBW/jl9/10494142

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

9. At Cougar Dam and in the South Fork McKenzie River, much of the infrastructure for restoring migratory fish populations has been constructed. The Cougar Temperature Control Tower assists in restoring appropriate water temperatures below the dam and the Adult Fish Collection Facility allows fish an opportunity to be transported above the dam. The missing piece is the most critical; a means of effectively passing fish downstream through the dam while minimizing impacts of passage.

10. Given the current lack of safe downstream passage at Cougar Dam, the interim measures proposed by the Plaintiffs will provide potential for juvenile Chinook salmon to migrate more quickly and efficiently through the reservoir and dam. The majority of juvenile spring Chinook salmon enter Willamette Valley Project reservoirs as fry (< 60 mm fork length) from February to June. [9] Prior to dam construction, these fish likely would have

---

Normandeau Associates, Inc. 2010. Estimates of direct survival and injury of juvenile Chinook salmon (Oncorhynchus tshawytscha), passing a regulating outlet and turbine at Cougar Dam, Oregon. Report to U.S. Army Corps of Engineers, Portland, Oregon. Contract Number W912EF-08-D-0005, Task Order DT01.

Keefer, M. L., G. A. Taylor, D. F. Garletts, C. K. Helms, G. A. Gauthier, T. M. Pierce, and C. C. Caudill. 2011. Reservoir entrapment and dam passage mortality of juvenile Chinook salmon in the Middle Fork Willamette River. Ecology of Freshwater Fish 21:222-234.

Zymonas, N.D., J.V. Tranquilli, and M. Hogansen. 2011. Monitoring and evaluation of impacts to bull trout (Salvelinus confluentus) and spring Chinook salmon (Oncorhynchus tshawytscha) in the South Fork McKenzie River from construction of water temperature control facilities at Cougar Dam, Oregon. Final Report to U.S. Army Corps of Engineers, Portland, Oregon. Oregon Department of Fish and Wildlife, Corvallis, OR.

[9] Bureau of Commercial Fisheries. 1960. Downstream migrant studies: South Fork McKenzie River 1957, 1959, 1960. U.S. Department of the Interior Report, Portland Oregon. pp. 1-24.

Monzyk, F.R., Hogansen, M., Romer, J.D., and Friesen, T.A., 2011, Cougar Dam route selection study—Evaluating fish passage using spill: Addendum report of Oregon Department of Fish and Wildlife, Corvallis, prepared for U.S. Army Corps of Engineers, Portland, Oregon, cooperative agreement W9127N-10-2-0008, task order 0002, 15 p.

Zymonas, N.D., J.V. Tranquilli, and M. Hogansen. 2011. Monitoring and evaluation of impacts to bull trout (Salvelinus confluentus) and spring Chinook salmon (Oncorhynchus tshawytscha) in the South Fork McKenzie River from construction of water temperature control facilities at Cougar Dam, Oregon. Final Report to U.S. Army Corps of Engineers, Portland, Oregon. Oregon Department of Fish and Wildlife, Corvallis, OR.

Romer, J.D., F.R. Monzyk, R. Emig, and T.A. Friesen. 2012. Juvenile salmonid outmigration monitoring at Willamette Valley Project reservoirs. 2011 Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0006. Oregon Department of Fish and Wildlife, Corvallis, OR.

Romer, J.D., F.R. Monzyk, R. Emig, and T.A. Friesen. 2013. Juvenile salmonid outmigration monitoring at Willamette Valley Project reservoirs. 2012 Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0010. Oregon Department of Fish and Wildlife, Corvallis, OR.

Romer, J.D., F.R. Monzyk, R. Emig, and T.A. Friesen. 2014. Juvenile salmonid outmigration monitoring at Willamette Valley Project reservoirs. 2013 Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0019. Oregon Department of Fish and Wildlife, Corvallis, OR.

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

continued to disperse downstream throughout the Willamette Basin similar to fry migration observed in unimpounded McKenzie River tributaries. [10]

11. Maintaining reservoir elevation at 1532' until May 1 increases the probability that fry would pass downstream of the dam to utilize habitat in the mainstem McKenzie and the South Fork McKenzie including the extensive, multi-million-dollar habitat restoration efforts aimed at increasing spawning and rearing habitat [11] just downstream of Cougar Dam. This measure also provides time for the reservoir to refill during the late spring; however, real time decisions for flow and refill could be made by the advisory team based on annual hydrologic forecasting predictions.

12. Running flow through the turbines during daylight hours and sending flow through the regulating outlet during hours of dusk and darkness would decrease the probability of fish passing through the turbines and thus increase juvenile survival through the dam. Evidence from other Pacific salmonids suggest that fry movement downstream is primarily affected by discharge and light intensity with more fry tending to move downstream with higher flow at night.[12]   Smolts also pass the dam primarily at night.[13]

Romer, J.D., F.R. Monzyk, R. Emig, and T.A. Friesen. 2015. Juvenile salmonid outmigration monitoring at Willamette Valley Project reservoirs. 2014 Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0026. Oregon Department of Fish and Wildlife, Corvallis, OR.

Romer, J.D., F.R. Monzyk, R. Emig, and T.A. Friesen. 2016. Juvenile salmonid outmigration monitoring at Willamette Valley Project reservoirs. 2015 Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0035. Oregon Department of Fish and Wildlife, Corvallis, OR.

[10] Mattson, C.R. 1962. Early life history of Willamette River spring Chinook salmon. Fish Commission of Oregon Report, Portland, Oregon.

Schroeder, R. K., L. D. Whitman, B. Cannon, and P. Olmsted. 2015. Juvenile life-history diversity and population stability of spring Chinook salmon in the Willamette River basin, Oregon. Canadian Journal of Fisheries and Aquatic Sciences 73:921-934.

[11] Powers PD, Helstab M, Niezgoda SL. 2018. A process-based approach to restoring depositional river valleys to Stage 0, an anastomosing channel network. River Restoration Applications. 2018;1–11. https://doi.org/10.1002/rra.3378

[12] McDonald, J. 1960. The Behaviour of Pacific Salmon Fry During Their Downstream Migration to Freshwater and Saltwater Nursery Areas. Journal of the Fisheries Board of Canada 17:5

Crisp, D.T. 1991. Stream channel experiments on downstream movement of recently emerged trout, Salmo trutta L., and salmon, S. salar L. _111. Effects of developmental stage and day and night upon dispersal. Journal of Fish Biology 39:371-381

Page 6 -    DECLARATION OF JEFFREY S. ZILLER IN SUPPORT OF STATE OF OREGON
              AMICUS BRIEF
        TBW/jl9/10494142

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT B    6 of 15

13. Lowering reservoir level to 1570' in September increases guidance flow toward the dam when fall migrants typically begin to approach the forebay of the dam [14] and surface water temperature starts to cool. Under current operations at Cougar Dam, fall migrating juvenile Chinook approached the dam during this period but were unable to pass until late October or November when the reservoir level was lowered enough for fish to access the regulating outlet or turbine penstock.

14. Dropping the reservoir to an elevation of 1570 feet September 1 allows use of the Temperature Control Tower through the warmest summer months.  ODFW recognizes that dropping to this elevation in early September will complicate temperature control during the fall months; however, evacuating the warmer surface waters from the proposed smaller reservoir should make adjustments to temperature in the fall easier, even without the temperature control tower capabilities.

15. Another interim measure proposed by the Plaintiffs for Cougar Reservoir is dropping the reservoir elevation in the late fall and shutting down the turbines to allow juvenile Chinook to migrate out through the regulating outlet under low head conditions. Lowering the reservoir level to an elevation of 1505 feet and turning off turbines at an elevation of 1532 feet in November was accomplished in 2012.  The results of this operation suggested this action facilitated safer passage of downstream migrants by passing them more quickly with fewer injuries than the turbine outlet. [15] Holding the elevation at 1505 feet through mid-December allows fish more time to pass safely without having to pass through the turbines during this period of peak migration. This

---

[13] Beeman, J.W., Hansel, H.C., Hansen, A.C., Haner, P.V., Sprando, J.M., Smith, C.D., Evans, S.D., and Hatton, T.W., 2013, Behavior and dam passage of juvenile Chinook salmon a Cougar Reservoir and Dam, Oregon, March 2011–February 2012: U.S. Geological Survey Open-File Report 2013-1079

[14] Romer et al. 2017; data from USACE Portable Floating Fish Collector

[15] Romer, J.D., F.R. Monzyk, R. Emig, and T.A. Friesen. 2013. Juvenile salmonid outmigration monitoring at Willamette Valley Project reservoirs. 2012 Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0010. Oregon Department of Fish and Wildlife, Corvallis, OR.

Page 7 -    DECLARATION OF JEFFREY S. ZILLER IN SUPPORT OF STATE OF OREGON AMICUS BRIEF
        TBW/jl9/10494142

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT B    7 of 15

lower elevation also provides extra space in the reservoir for flood control and presents an opportunity to convey natural fluctuations in the hydrograph downstream of the dam. Increased flow and smolt passage could result in bull trout following prey downstream of the dam; however, the adult fish collection facility at the base of the dam can collect and transport them back upstream. This scenario also occurs under current conditions.

16. The Plaintiffs propose measures to smooth the surface of the regulating outlet at Cougar Dam and to design and build a device (flip-lip) near the bottom of the outlet that would reduce injury to fish.  More fish pass downstream of the dam through regulating outlet than the turbines [16] and survival studies have shown that passage through the regulating outlet results in higher immediate survival rates. [17]   However, there is evidence that exiting the regulating outlet also results in considerable fish injury [18]  and results in

---

[16] Taylor, G.A., 2000, Monitoring of downstream fish passage at Cougar Dam in the South Fork McKenzie River Oregon, 1998–00: Oregon Department of Fish and Wildlife, Springfield, OR.

  Monzyk, F.R., Hogansen, M., Romer, J.D., and Friesen, T.A., 2011, Cougar Dam route selection study— Evaluating fish passage using spill: Addendum report of Oregon Department of Fish and Wildlife, Corvallis, prepared for U.S. Army Corps of Engineers, Portland, Oregon, cooperative agreement W9127N-10-2-0008, task order 0002, 15 p.

  Romer, J.D., F.R. Monzyk, R. Emig, and T.A. Friesen. 2012. Juvenile salmonid outmigration monitoring at Willamette Valley Project reservoirs. 2011 Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0006. Oregon Department of Fish and Wildlife, Corvallis, OR.

  Beeman, J.W., Hansen, A.C., Evans, S.D., Haner, P.V., Hansel, H.C., and Smith, C.D., 2012, Passage probabilities of juvenile Chinook salmon through the powerhouse and regulating outlet at Cougar Dam, Oregon, 2011: U.S. Geological Survey Open-File Report 2012-1250

[17] Normandeau Associates, Inc. 2010. Estimates of direct survival and injury of juvenile Chinook salmon (Oncorhynchus tshawytscha) passing a regulating outlet and turbine at Cougar Dam, Oregon: Draft report of Normandeau Associates, Inc., Drumore, Pennsylvania, prepared for U.S. Army Corps of Engineers, Portland, Oregon, contract number W912EF-08-D-005, task order DT01

  Monzyk, F.R., Hogansen, M., Romer, J.D., and Friesen, T.A., 2011, Cougar Dam route selection study— Evaluating fish passage using spill: Addendum report of Oregon Department of Fish and Wildlife, Corvallis, prepared for U.S. Army Corps of Engineers, Portland, Oregon, cooperative agreement W9127N-10-2-0008, task order 0002, 15 p.

  Zymonas, N.D., J.V. Tranquilli, and M. Hogansen. 2011. Monitoring and evaluation of impacts to bull trout (Salvelinus confluentus) and spring Chinook salmon (Oncorhynchus tshawytscha) in the South Fork McKenzie River from construction of water temperature control facilities at Cougar Dam, Oregon. Final Report to U.S. Army Corps of Engineers, Portland, Oregon. Oregon Department of Fish and Wildlife, Corvallis, OR.

[18] Taylor, G.A., 2000, Monitoring of downstream fish passage at Cougar Dam in the South Fork McKenzie River Oregon, 1998–00: Oregon Department of Fish and Wildlife, Springfield, OR.

probable delayed mortality. [19]   In addition, documented Total Dissolved Gas (TDG)

levels were 115 to 118 percent during operation of the regulating outlet channel at spill

ranges between 400 and 1,200 cubic feet per second.[20]  The proposed measures can

ameliorate these issues by making the spillway less rough (smooth coating) and

constructing a flip-lip to dissipate TDG and reduce the force of the impact for fish

making contact with the energy dissipaters (vertical cement poles), plunge pool, and

substrate at the base of the regulating outlet.

## COUGAR DAM



Figure 30. Hansen et al. 2017

---

Romer, J.D., F.R. Monzyk, R. Emig, and T.A. Friesen. 2013. Juvenile salmonid outmigration monitoring at Willamette Valley Project reservoirs. 2012 Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0010. Oregon Department of Fish and Wildlife, Corvallis, OR.

[19] Beeman, J.W., Hansen, A.C., Evans, S.D., Haner, P.V., Hansel, H.C., and Smith, C.D., 2012, Passage probabilities of juvenile Chinook salmon through the powerhouse and regulating outlet at Cougar Dam, Oregon, 2011: U.S. Geological Survey Open-File Report 2012-1250

Zymonas, N.D., J.V. Tranquilli, and M. Hogansen. 2011. Monitoring and evaluation of impacts to bull trout (Salvelinus confluentus) and spring Chinook salmon (Oncorhynchus tshawytscha) in the South Fork McKenzie River from construction of water temperature control facilities at Cougar Dam, Oregon. Final Report to U.S. Army Corps of Engineers, Portland, Oregon. Oregon Department of Fish and Wildlife, Corvallis, OR.

[20] Britton, J. and K. Barko. 2006. Cougar Dam total dissolved gas investigation as cited in USACE (U.S. Army Corps of Engineers). Cougar Dam fish collection facility design documentation report #22. 2006. U.S. Army Corps of Engineers, Portland District, Portland, Oregon and NMFS (National Marine Fisheries Service). 2007. Endangered Species Act - Section 7 Consultation and Biological Opinion and Magnuson-Stevens Fishery Conservation and Management Act Consultation on construction and operation of the Army Corps of Engineers fish trap at Cougar Dam. NMFS, Portland, Oregon.

Page 9 -   DECLARATION OF JEFFREY S. ZILLER IN SUPPORT OF STATE OF OREGON
              AMICUS BRIEF
          TBW/jl9/10494142

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT B    9 of 15

## DISCUSSION OF THE REMEDIES PROPOSED BY THE PLAINTIFFS
## FOR LOOKOUT POINT DAM

17. I have reviewed the Plaintiffs' Remedy Proposal filed on October 09, 2020 and the proposed interim measures for Lookout Point Dam and Reservoir I conclude that they would increase downstream fish passage efficiency for juvenile salmon attempting to pass through the project.  As cited in the Cougar discussion above, these measures are consistent with practices recognized for reducing mortality at Willamette and Columbia River dams.  The measure proposing monitoring survival of fish to these practices is imperative for increasing the knowledge base necessary to make good decisions on fish passage in the future.

18. The Dexter/Lookout Point Dam and Reservoir projects are responsible for the loss of over 80 percent of the stream miles of the Middle Fork Willamette River that were historically accessible to spring Chinook salmon.  Prior to dam construction, Chinook salmon fry likely would have continued to disperse downstream throughout the Willamette Basin similar to fry migration observed in unimpounded McKenzie River tributaries. [21]  The spawning and rearing habitat above Lookout Point Reservoir continues to be capable of producing Chinook salmon. [22]    However, when full, Lookout Point

---

[21] Mattson, C.R. 1962. Early life history of Willamette River spring Chinook salmon. Fish Commission of Oregon Report, Portland, Oregon.

   Schroeder, R. K., L. D. Whitman, B. Cannon, and P. Olmsted. 2015. Juvenile life-history diversity and population stability of spring Chinook salmon in the Willamette River basin, Oregon. Canadian Journal of Fisheries and Aquatic Sciences 73:921-934.

[22] Romer, J.D., F.R. Monzyk, R. Emig, and T.A. Friesen. 2012. Juvenile salmonid outmigration monitoring at Willamette Valley Project reservoirs. 2011 Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0006. Oregon Department of Fish and Wildlife, Corvallis, OR.

   Romer, J.D., F.R. Monzyk, R. Emig, and T.A. Friesen. 2013. Juvenile salmonid outmigration monitoring at Willamette Valley Project reservoirs. 2012 Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0010. Oregon Department of Fish and Wildlife, Corvallis, OR.

   Romer, J.D., F.R. Monzyk, R. Emig, and T.A. Friesen. 2014. Juvenile salmonid outmigration monitoring at Willamette Valley Project reservoirs. 2013 Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0019. Oregon Department of Fish and Wildlife, Corvallis, OR.

Page 10 -  DECLARATION OF JEFFREY S. ZILLER IN SUPPORT OF STATE OF OREGON
         AMICUS BRIEF
         TBW/jl9/10494142

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT B    10 of 15

Reservoir covers nearly 4,400 acres and is nearly 13 miles long and Chinook salmon fry have not been found to migrate to the dam face prior to May when surface water temperatures begin to rise above levels normally tolerated by these fish. [23]  Although juvenile Chinook grow quickly in the reservoir, they are also subject to predation especially by largemouth and smallmouth bass, white crappie, walleye and northern pikeminnow.[24]  In addition, juvenile Chinook rearing in Lookout Point Reservoir experience heavy infestation of parasitic nematodes (round worms) and copepods that may have detrimental effects on their ability to survive to adults.[25]  Juvenile Chinook salmon rearing in Willamette Valley Project reservoirs were much more likely to have parasitic copepods than those rearing in streams.

19. The Plaintiffs Remedy Proposal includes a measure that was identified by NOAA and ODFW as an important part of the Overarching Management Strategies for Flood Control/Hydropower in the Upper Willamette River Conservation & Recovery Plan for Chinook Salmon & Steelhead Executive Summary, August 2011 which states: "Provide safe and effective downstream passage through Willamette Project reservoirs and dams, including consideration of drawing down the reservoir levels on both an interim and long-term basis to improve juvenile survival."  The Plaintiffs proposed measure that

---

Romer, J.D., F.R. Monzyk, R. Emig, and T.A. Friesen. 2015. Juvenile salmonid outmigration monitoring at Willamette Valley Project reservoirs. 2014 Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0026. Oregon Department of Fish and Wildlife, Corvallis, OR.

Romer, J.D., F.R. Monzyk, R. Emig, and T.A. Friesen. 2016. Juvenile salmonid outmigration monitoring at Willamette Valley Project reservoirs. 2015 Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0035. Oregon Department of Fish and Wildlife, Corvallis, OR.

[23] Monzyk, F.R., J.D. Romer, R. Emig, and T.A. Friesen. 2015. Life-history characteristics of juvenile spring Chinook salmon rearing in Willamette Valley reservoirs. Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0007. Oregon Department of Fish and Wildlife, Corvallis, OR.

[24] Brandt, J. R., Monzyk, F. M., Romer, J. D. and R. Emig. 2016. Status and trends of predator species in Lookout Point Reservoir. Final Report to the U.S. Army Corps of Engineer, Task Order W9127N-10-2-0008. Oregon Department of Fish and Wildlife, Corvallis, OR

[25] Monzyk, F. R., T. A. Friesen, and J. D. Romer. 2015. Infection of juvenile salmonids by *Salmincola californiensis* (Copepoda: Lernaeopodidae) in reservoirs and streams of the Willamette River basin,Oregon. Transactions of the American Fisheries Society 144:891-902.

Page 11 -  DECLARATION OF JEFFREY S. ZILLER IN SUPPORT OF STATE OF OREGON
                AMICUS BRIEF
            TBW/jl9/10494142

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT B    11 of 15

draws down Lookout Point Reservoir to an elevation of 750 feet in the late fall is essentially identical to the Recovery Plan management strategy.  This measure would allow juvenile Chinook rearing through the summer and early fall in the pristine riverine habitat of the North Fork Middle Fork Willamette River or in Lookout Point Reservoir (fall subyearling migrants) to pass the regulating outlets of the dam under low head conditions.  These conditions should increase direct survival through the dam compared with passage through the turbines. The measure should also result in a reduction of predators in the reservoir by reducing annual recruitment of juvenile predators to the reservoir population.[26]

20. The Plaintiffs Remedy Proposal also includes a measure to spill water at Dexter Dam during the period of the late fall drawdown at Lookout Point Reservoir.  I support this measure as it allows juvenile Chinook that have migrated through the Lookout Point Project to continue using constant surface flow as guidance through the 3 miles of Dexter Reservoir more efficiently and does not force these fish to pass through the Dexter turbine.  Dexter Reservoir has a large population of predatory fish and any delay in fish passage will likely result in increased predation.

21. The Plaintiffs Remedy Proposal calls for providing spring spill at an elevation of 889 feet in an effort to move juvenile Chinook fry out of the reservoir prior to becoming infected with parasites or consumed by predators.  It is unfortunate that the spill gates are at such a high elevation that the reservoir will be close to 11 miles long; however, if spring runoff were strong, some fry would be able to migrate with the spill through the dam.  I would advocate for the Technical Advisory Team to recommend best passage scenarios each year based on hydrologic conditions.

---

[26] Murphy CA, Arismendi I, Taylor GA, Johnson SL (2019) Evidence for lasting alterations to aquatic food webs with short-duration reservoir draining. PLoS ONE 14(2): e0211870. https://doi.org/10.1371/journal.pone.0211870

Page 12 -  DECLARATION OF JEFFREY S. ZILLER IN SUPPORT OF STATE OF OREGON
            AMICUS BRIEF

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## DISCUSSION OF THE REMEDIES PROPOSED BY THE PLAINTIFFS

## FOR FALL CREEK DAM

22. I have reviewed the proposed interim measures for Fall Creek Dam and reservoir, and they are very likely to provide increased downstream fish passage efficiency for juvenile Chinook salmon fry and are, for the most part, consistent with practices currently being successfully executed by the Corps at the project.  However, the Corps current operation does not provide for the survival of the diverse life history types that can be exhibited by Willamette Spring Chinook.[27]

23. The measures proposed include conducting a deep drawdown of Fall Creek Reservoir to an elevation of about 680 feet, similar to prior years, and extend the dates of deep drawdown through January 15 each year.  In addition, the measure calls for annually holding an elevation of 728 from April 1 through June 30.  I would advocate for providing some life history diversity by allowing juvenile Chinook fry to migrate through the dam at an elevation of 728 feet in the late winter and early spring when large numbers of fry are entering the reservoir. Downstream migrant trap data collected by the Corps in 2005 through 2007 showed an average of 93 percent of the fry migrating to the reservoir arrived prior to April with an average of 54 percent migrating downstream in February.[28]; Holding the elevation of Fall Creek Reservoir to 728 through about mid-April would allow fry ample time to migrate through the dam during the spring high flow period.  I believe it would be beneficial to leave the recommendation to hold an elevation of 728 or fill the reservoir to the Technical Advisory Team, allowing flexibility in filling schedules that would affect production in Fall Creek Reservoir.

---

[27] Schroeder, R. K., L. D. Whitman, B. Cannon, and P. Olmsted. 2015. Juvenile life-history diversity and population stability of spring Chinook salmon in the Willamette River basin, Oregon. Canadian Journal of Fisheries and Aquatic Sciences 73:921-934.

[28] ODFW files, – data from USACE upper Fall Creek rotary screw trap' Springfield District Office.

Page 13 -  DECLARATION OF JEFFREY S. ZILLER IN SUPPORT OF STATE OF OREGON
        AMICUS BRIEF
    TBW/jl9/10494142

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT B    13 of 15

## DISCUSSION OF THE REMEDIES PROPOSED BY THE PLAINTIFFS

## FOR MONITORING AND OTHER MEASURES

24. The Plaintiffs have proposed a measure that would require the Corps to "fund monitoring
to evaluate the effects of the Interim Measures on UWR Chinook and steelhead."  Many
of these Interim Measures are logical operations that ODFW and NMFS have advocated
for in both the Recovery Plan [29] and for the Research, Monitoring, and Evaluation
(RM&E) and Steering teams of the Willamette Action Team for Ecosystem Restoration
(WATER) initiated by the BiOp.[30] Without adequate monitoring, it will be difficult to
determine which strategies are most successful and cost effective.

25. The Corps has been reluctant to implement the measure to evaluate fish passage at
Lookout Point Reservoir while conducting a deep drawdown to an elevation of 750 feet
and allowing fish to migrate through the regulating outlets.  The Corps did not allow this
measure to be implemented through the RM&E and Steering team process and because of
this, ODFW and others involved in recovering Willamette Spring Chinook have not been
able to collect data on the efficacy of this type of measure to increase juvenile Chinook
salmon survival through the WVP dams. If the Plaintiffs Remedy Proposal is
implemented, I believe it is imperative to monitor survival and migration timing of
juveniles and adult spawning success due to interim measures to gain the knowledge
needed to make informed decisions about all feasible solutions to providing downstream
passage through the WVP dams and reservoirs.  Disregarding potential solutions could be
costly to both the fish and budgets.

26. I am very supportive of the measure to convene a Technical Advisory Team to assist in
developing a path forward for evaluating the interim measures.  The recovery of ESA

---

[29] ODFW and NOAA. 2011. Upper Willamette River conservation and recovery plan for Chinook salmon and
steelhead. Oregon Department of Fish and Wildlife, Salem, and NOAA Fisheries, Northwest Region, Seattle WA.

[30] USACE 2017.  Middle Fork Willamette Sub-basin Research, Monitoring and Evaluation Plan

Page 14 -  DECLARATION OF JEFFREY S. ZILLER IN SUPPORT OF STATE OF OREGON
          AMICUS BRIEF
          TBW/jl9/10494142

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT B    14 of 15

listed species above the WVP dams is going to be very difficult and will require an

adaptive management approach to finding and accessing solutions.  I expect the

Technical Advisory Team to play an integral role in processing the new information and

advising the Corps and agencies about real-time flow and elevation decisions as well as

focusing future research.


**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on October 21 , 2020.

                                    _____

                                    JEFFREY S. ZILLER

Page 15 -  DECLARATION OF JEFFREY S. ZILLER IN SUPPORT OF STATE OF OREGON
               AMICUS BRIEF
         TBW/jl9/10494142

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT B    15 of 15