ELLEN F. ROSENBLUM
Attorney General
CHRISTINA L. BEATTY-WALTERS  #981634
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Tina.BeattyWalters@doj.state.or.us

Attorneys for Amicus Curiae State of Oregon


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


| | |
|---|---|
| NORTHWEST ENVIRONMENTAL DEFENSE CENTER, WILDEARTH GUARDIANS, and NATIVE FISH SOCIETY, | Case No.  3:18-cv-00437-HZ |
| Plaintiffs, | DECLARATION OF DR. ELISE KELLEY IN SUPPORT OF STATE OF OREGON AMICUS BRIEF |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS and NATIONAL MARINE FISHERIES SERVICE, | |
| Defendants. | |

I, Dr. Elise Kelley, hereby declare,

1.  I am the Mid-Willamette District Fish Biologist for the Oregon Department of Fish and Wildlife (ODFW).  I make this declaration based on personal knowledge, published data and documents, information and data of ODFW, and professional opinion.


Page 1 -   DECLARATION OF DR. ELISE KELLEY IN SUPPORT OF STATE OF OREGON
            AMICUS BRIEF
TBW/jl9/10494158

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT C    1 of 14

2. I earned a Ph.D. in Ecology from the University of California at Davis in 2003. My post-doctoral research at University of California at Santa Barbara identified and prioritized strategies for steelhead trout restoration on the Santa Clara River in southern California and included working with other researchers to establish minimum flow requirements for steelhead passage. I was a member of the South-Central/Southern California Steelhead Technical Recovery Team for the National Marine Fisheries Service from 2003 to 2007. During this time, I collaborated with other researchers on a steelhead feeding study and population assessment in a major tributary of the Santa Clara River. As a co-principal investigator and lead scientist of a 2-year research project at UC Santa Barbara, I evaluated steelhead smolt survival in the Santa Clara and Santa Ynez river basins which have runs of endangered steelhead trout (a part of the Southern California Steelhead Distinct Population Segment). I have been ODFW's District Fish Biologist for the Mid-Willamette section of the South Willamette Watershed District since March of 2013.

3. In my capacity as ODFW's Mid-Willamette District Fish Biologist, I am responsible for all State fish management activities for the middle portion of the Willamette River Basin from the mouth of the McKenzie River to just north of the City of Salem. My management area includes the Santiam river basin (including the North and South sub-basins), Calapooia, Rickreall, Luckiamute, Marys and Long Tom river basins and covers portions of Polk, Marion, Linn, Benton and Lane counties. I represent the District at hearings and meetings and conduct state and federal permit reviews.

4. I plan, direct, and coordinate management of fisheries resources in the mid-Willamette area. It is my responsibility to ensure harvest opportunities while protecting fish habitat and promoting conservation of native fish species. I assess and implement actions to achieve conservation and recovery goals. I am the primary contact for the Mid-Willamette District to provide input to the National Marine Fisheries Service (NMFS)

Page 2 -    DECLARATION OF DR. ELISE KELLEY IN SUPPORT OF STATE OF OREGON
AMICUS BRIEF
TBW/jl9/10494158

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT C    2 of 14

regarding population status and habitat considerations for Upper Willamette River spring Chinook and winter steelhead, both listed as threatened under the Endangered Species Act.[1]

5.   In my capacity as ODFW's Mid-Willamette District Fish Biologist, I participate in several Willamette Action Team for Ecosystem Restoration (WATER) technical teams. WATER was established to allow stakeholders to make recommendations to the Action Agencies in implementing the RPA, the Willamette BiOp, and the USACE's Configurations Operations Plan (COP). I provide input both directly and in coordination with other ODFW staff on various subjects within this process. I have expertise with biological and fish management considerations related to the operations of Detroit and Big Cliff dams on the North Santiam River as well as the operations of Green Peter and Foster dams on the South Santiam River.

### DISCUSSION OF THE REMEDIES PROPOSED BY THE PLAINTIFFS

6.   I have reviewed the Plaintiffs' Remedy Proposal filed on October 09, 2020. In my professional opinion, the proposed interim measures provide an opportunity to improve conditions for Upper Willamette River (UWR) spring Chinook salmon and winter steelhead and/or inform decisions that will need to be addressed in the new Willamette Biological Opinion. While the new Biological Opinion will likely include substantive structural changes to USACE's Willamette Valley Project (WVP), we need actions that will help these fish now. The naturally complex freshwater life histories of UWR spring Chinook salmon and winter steelhead are the result of adaptations to a dynamic freshwater environment. The WVP has simplified and limited the spatial extent of this

---

[1] NMFS (National Marine Fisheries Service). 1999. Endangered and threatened species; threatened status for three Chinook Salmon evolutionarily significant units (ESUs) in Washington and Oregon, and endangered status for one Chinook Salmon ESU in Washington. Federal Register 64:56(24 March 1999):14308–14328; NMFS (National Marine Fisheries Service). 1999. Endangered and threatened species: Threatened status for two ESUs of steelhead in Washington and Oregon. Federal Register [Docket No. 980225046-9070-03, No. 021098B, 25 March 1999] 64(57): 14517.

Page 3 -    DECLARATION OF DR. ELISE KELLEY IN SUPPORT OF STATE OF OREGON
              AMICUS BRIEF
        TBW/jl9/10494158

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT C    3 of 14

environment and as a result, the productivity and resilience of these fish populations have been greatly reduced.  Until major modification can be made, improving these attributes requires a set of interim actions that restores some semblance of the natural system that produced these species.  Successful implementation of these short-term actions requires monitoring the biological response of different treatments and evaluating their efficacy. Identifying biological responses to dam operations and restorative management actions can involve uncertainty, but we can reduce uncertainty by achieving a better understanding of existing and modified environmental variability through focused monitoring and experimental design.  A technical advisory team can apply this information in an adaptive management approach.  Adaptive management is a crucial learning process in the upper Willamette where targeted and strategic monitoring and evaluation of interim management actions (including additional applied research) is required to inform future management actions including structural fixes.  A technical advisory team ensuring that the lessons learned are being applied and directing future research, is critical to the success of this process.

## NORTH SANTIAM RIVER BASIN

## DETROIT DAM

7.  Passage operations proposed by the plaintiffs for fall and early winter have merit in terms of evaluating whether juveniles can successfully and safely use the upper regulating outlets (ROs) when the turbines are not operating, including whether juveniles can sound down to the depth of the upper ROs from various water surface elevations.  If juvenile fish are seeking a way out of the reservoir, it is unclear whether they will be able to find the ROs when reservoir levels are at or above minimum conservation pool (elevation 1450', 110' higher than the ROs' intake).  If juvenile fish do find the upper ROs, better data is needed about injury and mortality via this passage option, and how that compares

Page 4 -   DECLARATION OF DR. ELISE KELLEY IN SUPPORT OF STATE OF OREGON
AMICUS BRIEF
TBW/jl9/10494158

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

to the injury and mortality experienced by fish passing through the penstocks and turbines.  Verifying the numbers of fish that pass via the ROs, whether the penstocks are open or closed (i.e. no power generation is occurring), would also be useful data. Studying outcomes like these with naturally produced or surrogate juveniles will allow a technical advisory team to evaluate and adaptively manage dam operations and flows to benefit listed species.

8.  I strongly support the proposal for spring spill because spill for juvenile passage is likely to produce greater survival than passage through the turbines, which are known to negatively impact survival.  Juveniles are likely to be in the reservoir during spring/early summer[2] when plaintiffs are requesting spill to occur.  Surface spill from the reservoir is likely to attract juveniles to the dam face and allow them to pass in a safer manner than is available through the turbines. I also strongly support the proposal to monitor Total Dissolved Gases at Detroit Dam during spill operations and use of the ROs to minimize impacts to salmon and steelhead.

9.  Ensuring adequate monitoring of these operations will help inform adaptive management of the system.  Due to the inherent variability and tradeoffs that will be required, having data that demonstrates the outcomes will be critical to making improvements and modifying operations going forward.  This includes temperature monitoring, fish passage timing and survival, genetic pedigree of outplanted and returning adults, and Total Dissolved Gas monitoring.

---

[2] Romer, J.D., F.R. Monzyk, R. Emig, and T.A. Friesen. 2017. Juvenile salmonid outmigration monitoring at Willamette Valley Project reservoirs. 2016 Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0035. Oregon Department of Fish and Wildlife, Corvallis, OR; Romer, J.D., F.R. Monzyk, R. Emig, and T.A. Friesen. 2016. Juvenile salmonid outmigration monitoring at Willamette Valley Project reservoirs. 2015 Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0035. Oregon Department of Fish and Wildlife, Corvallis, OR.

Page 5 -    DECLARATION OF DR. ELISE KELLEY IN SUPPORT OF STATE OF OREGON
             AMICUS BRIEF
         TBW/jl9/10494158

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT C    5 of 14

## NORTH SANTIAM RIVER BASIN

## BIG CLIFF DAM

10. Total Dissolved Gas (TDG) is a measure of gas saturation in water. Excessive TDG levels can negatively impact aquatic species and cause gas bubble disease which can have sublethal and lethal effects on salmonids.[3] TDG levels below Big Cliff Dam exceed the state water quality standard for the North Santiam River multiple times a year. From 2014 to 2018 TDGs at Big Cliff Dam exceeded the state standard an average of 5-15 days in months that exceedance occurred (total days ranged annually from 39 – 159 and number of months with an occurrence of excessive TDGs ranged from 7-10).[4]

11. Both winter steelhead and spring Chinook spawn in the river below Big Cliff Dam, and juvenile fish, particularly small fry, are limited in their ability to move to avoid excessive levels of TDGs (possibly in part due to channel morphology). Eggs in redds can also be negatively impacted but appear less susceptible to negative effects of TDGs than fish. Negative impacts to fish from supersaturated gas levels may include buoyancy problems, lethargy, loss of equilibrium, increased susceptibility to predation, convulsions, and mortality. While awaiting a structural solution at Big Cliff Dam, having a technical advisory team evaluate the tradeoffs between mainstem flows, spill, species present, time of year, TDGs and smolt to adult returns on a case-by-case basis and choosing the best option for the fish at this particular dam, is a productive approach.

12. Operational solutions to addressing concerns with TDGs, while worth implementing in the short-term, provide limited options for controlling TDG levels due to the minimal gate openings at Big Cliff Dam, each of which requires 1,050 cfs of outflow. Because of

---

[3] Elder, T., C.M. Woodley, M.A. Weiland, and A.L. Strecker. 2016. Factors influencing the survival of outmigrating juvenile salmonids through multiple dam passages: an individual approach. Ecology and Evolution 6:5881-5892.

[4] US Army Corps of Engineers. 2019. Willamette Basin Annual Water Quality Report for 2018. Final Report. US Army Corps of Engineers, Portland, OR.

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT C    6 of 14

this, flows need to meet or exceed 2,100 cfs before USACE can open a second gate and spillbay.  TDG levels that exceed the state water quality standard on the North Santiam River have occurred in all seasons, and a structural solution is needed to resolve this issue.

## SOUTH SANTIAM RIVER BASIN

13. The South Santiam River is one of two WVP-influenced sub-basins in the Upper Willamette Basin with native winter steelhead, and it is currently the only basin where wild winter steelhead are moved above a WVP dam.  The Middle Santiam River, Quartzville Creek and an 8-kilometer reach on the Upper South Santiam previously provided 85% of the spawning habitat upstream of Foster Dam.[5]  These tributaries contain excellent spawning and rearing habitat with the Middle Santiam being relatively pristine (ownership is divided between private timber and the U.S. Forest Service).  The Middle Santiam also holds promise as a refuge in the face of climate change due to the amount of high-quality water available (clean and cool).  However, this area is not currently designated as critical habitat by NMFS.[6]

## GREEN PETER DAM

14. Habitat in the South Santiam River above and below Foster Dam is insufficient to achieve recovery goals and support a naturally-reproducing, self-sustaining population of spring Chinook or winter steelhead.  Therefore, access to habitat above Green Peter Dam is critical to recovery of these species. Research needs to be conducted to increase the dam passage efficiency of juvenile salmonids particularly in locating and using passage routes in the dam.  Substantial, highly productive habitat above Green Peter Dam is well

---

[5] Mattson 1948, as cited in Wevers, M. J., J. Wetherbee and W. Hunt. 1992. Santiam and Calapooia sub-basin fish management plan. Oregon Department of Fish and Wildlife, Salem

[6] NMFS (National Marine Fisheries Service).  2008.  2008-2023 Willamette River Basin Project Biological Opinion. NOAA's National Marine Fisheries Service, Northwest Region, Seattle, Washington. F/NWR/2000/02117.

Page 7 -    DECLARATION OF DR. ELISE KELLEY IN SUPPORT OF STATE OF OREGON
            AMICUS BRIEF
            TBW/jl9/10494158

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT C    7 of 14

documented and extant pipes in the dam can effectively move fish from the top of the dam to the bottom with high survival rates. These facts are inconsequential if the juveniles cannot find the reservoir exit routes at the dam face. Therefore, releasing adults in Quartzville Creek and Middle Santiam River to achieve a holistic representation of how the system will function in the future and determining a method of dam operation that facilitates juvenile movement from the head of the reservoir to the dam is the next logical step. I strongly support releasing adult hatchery Chinook salmon above Green Peter Dam to evaluate this important issue.

15. ODFW data[7] and the parentage analysis of Chinook salmon above Foster Reservoir[8] strongly suggest a near complete year-class failure in the 2010 brood year. High flows in January of 2011 likely scoured redds and displaced newly emerged alevins. The river above Foster Reservoir has a deeply incised channel and most of the accessible spawning substrate is perched on bedrock. The South Santiam River has been in this condition since the 1930s, according to a Bureau of Fisheries stream habitat report[9] and was recently corroborated by a watershed assessment conducted in 2000[10] which stated that: "In 1856, a large fire in the watershed loaded the South Santiam stream channels with lots of wood which caused an aggradation of the channels. Most of this large wood component was removed by subsequent fires, flood events, and, more recently, timber

---

[7] Romer, J.D., F.R. Monzyk, R. Emig, and T.A. Friesen. 2016. Juvenile salmonid outmigration monitoring at Willamette Valley Project reservoirs. 2015 Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0035. Oregon Department of Fish and Wildlife, Corvallis, OR.

[8] O'Malley, K.G., M.L. Evans, M.A. Johnson, M.A. Banks, D.P. Jacobson, and M. Hogansen. 2015. Genetic parentage evaluation of spring Chinook salmon reintroductions on the South Santiam River. Report to U.S. Army Corps of Engineers, Portland, Oregon. Oregon State University, Hatfield Marine Science Center, Newport, OR.

[9] McIntosh, B.A., S.E. Clarke, J.R. Sedell. 1990. Pacific Northwest Research Station, USDA Forest Service, Oregon State University, U. S. Department of Energy, Bonneville Power Administration, Division of Fish and Wildlife, Project No. 89-104, Contract No. DEAI79-89BP02246, 492 electronic pages (BPA Report DOE/BP-02246-3). Bureau of Fisheries Stream Habitat Surveys Willamette River Basin Summary Report 1934 – 1942.

[10] South Santiam Watershed Council. 2000. South Santiam Watershed Assessment. Joseph M. Bischoff, Editor. Final Report January, 2000. E&S Environmental Chemistry, Inc.

Page 8 -    DECLARATION OF DR. ELISE KELLEY IN SUPPORT OF STATE OF OREGON
            AMICUS BRIEF
        TBW/jl9/10494158

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT C    8 of 14

salvage harvest. One result was downcutting in the channels and today many channels including the South Santiam River run mostly on bedrock. This creates high energy stream flows that affect the ability of juvenile fish to occupy the habitat. During high winter flows they suffer a greater risk of predation and can be washed out of the streams along with essential nutrients." This information highlights the need for passage at Green Peter Dam to ensure access to the relatively pristine habitat above it.

16. NMFS has consistently and repeatedly requested that Chinook salmon be outplanted above Green Peter in WATER meetings since at least 2014 in order to inform passage development at Green Peter Dam. NMFS also sufficiently anticipated the need for passage at Green Peter Dam by including consideration of it as an RPA in the 2008 BiOp. In 2019, NMFS formally notified USACE of the need to outplant adult Chinook above Green Peter Dam to conduct fish passage research.[11]

17. We need to evaluate the options for downstream passage operations, have a technical advisory team assess the results, and have this team identify the best interim passage option. There is strong evidence from the Columbia River hydropower projects that spring and summer spill is beneficial for juvenile salmon survival and smolt-to-adult returns.[12] Evidence from the Willamette River also suggests that a more normative hydrograph that includes increased spring spill promotes increased migration rates and earlier passage of smaller fish that may help decrease copepod infections[13] and predation

---

[11] Memorandum from Marc Liverman, Willamette Branch Chief, NOAA Fisheries, West Coast Region to Amy Gibbons, Environmental Resources Branch Chief, Portland District USACE on Fish Passage Research at Green Peter Dam, June 28 2019.

[12] Muir, W. D., S. G. Smith, J. G. Williams, and B. P. Sanford. 2001. Survival of juvenile salmonids passing through bypass systems, turbines, and spillways with and without flow deflectors at Snake River dams. North American Journal of Fisheries Management 21:135-146.; Whitney, R.R., L.D. Calvin, M.W. Erho, Jr., and C.C. Coutant. 1997. Downstream passage for salmon at hydroelectric projects in the Columbia River basin: development, installation, and evaluation. Prepared for the Northwest Power Planning Council, Portland, Oregon, Report 97-15, 101 p.

[13] Monzyk, F.R., J.D. Romer, R. Emig, and T.A. Friesen. 2014. Life-history characteristics of juvenile spring Chinook salmon rearing in Willamette Valley reservoirs. Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0007. Oregon Department of Fish and Wildlife, Corvallis, OR.; Herron,

Page 9 -    DECLARATION OF DR. ELISE KELLEY IN SUPPORT OF STATE OF OREGON
            AMICUS BRIEF
       TBW/jl9/10494158

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT C    9 of 14

risks associated with reservoir-rearing.[14]  It would also encourage retention of the full

suite of spring Chinook life-history strategies,[15] and smaller fish would likely have higher

survival rates during passage at Green Peter Dam.[16]

18.  There have been extensive recent efforts to evaluate downstream passage survival (using

experimental, surrogate fish) at the outflow pipes connected to the fish horns at Green

Peter Dam.  Research using these pipes, which exit below Green Peter Dam, has shown

survival rates of 99% for juvenile salmon and 100% for juvenile steelhead.[17]  The most

pressing problem is that juvenile fish are unable to find the dam face (and thus the exit

pipes) as the reservoir is very deep with a convoluted shoreline and many alcoves, and

downstream flow is not consistent or large enough to provide a migration cue for

juveniles to move toward the dam.  Creating attraction flow near the dam by releasing

water on a consistent basis through spill could provide guidance.  There is evidence that

juvenile Chinook released into Quartzville Creek above the reservoir were unable to find

an exit from the reservoir under current operating conditions and reared to adult size

---

C.L., M.L. Kent, C.B. Schreck. 2017. Swimming endurance in juvenile Chinook salmon infected with *Salmincola californiensis*. Journal of Aquatic Animal Health 30:1.

[14] Monzyk, F.R., T.A. Friesen, and J.D. Romer. 2015. Infection of juvenile salmonids by *Salmincola californiensis* (Copepoda: Lernaeopodidae) in reservoirs and streams of the Willamette River basin, Oregon. Transactions of the American Fisheries Society 144: 891-902.

[15] Schroeder, R. K., L. D. Whitman, B. Cannon, and P. Olmsted. 2015. Juvenile life-history diversity and population stability of spring Chinook salmon in the Willamette River basin, Oregon. Canadian Journal of Fisheries and Aquatic Sciences 73:921-934.

[16] Taylor, G. 2000. Monitoring of downstream fish passage at Cougar Dam in the South Fork McKenzie River, Oregon 1998-00 Final Report, Oregon Department of Fish and Wildlife, Springfield. pp.1-9; Keefer, M. L., G. A. Taylor, D. F. Garletts, C. K. Helms, G. A. Gauthier, T. M. Pierce, and C. C. Caudill. 2011. Reservoir entrapment and dam passage mortality of juvenile Chinook salmon in the Middle Fork Willamette River. Ecology of Freshwater Fish 21:222-234; Zymonas, N.D., J.V. Tranquilli, and M. Hogansen. 2011. Monitoring and evaluation of impacts to bull trout (*Salvelinus confluentus*) and spring Chinook salmon (*Oncorhynchus tshawytscha*) in the South Fork McKenzie River from construction of water temperature control facilities at Cougar Dam, Oregon. Final Report to U.S. Army Corps of Engineers, Portland, Oregon. Oregon Department of Fish and Wildlife, Corvallis, OR.

[17] Khan, F. 2016. Presentation_Downstream fish passage at high head dams. University of Massachusetts, Amherst MA. https://scholarworks.umass.edu/cgi/viewcontent.cgi?article=2016&context=fishpassage_conference

Page 10 -  DECLARATION OF DR. ELISE KELLEY IN SUPPORT OF STATE OF OREGON
             AMICUS BRIEF
          TBW/jl9/10494158

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT C    10 of 14

within the reservoir.[18]  This highlights the need for research to improve dam passage efficiency.

19. Reconnecting habitat upstream of Green Peter is a pressing issue because adult Chinook salmon passed above Foster Dam are barely meeting replacement goals,[19] and the population is not meeting recovery goals.[20] Spawning and rearing habitat in the mainstem Upper South Santiam is marginal and in some years, high scouring flows have resulted in a complete year class failure for juvenile Chinook.[21]

20. Releasing unmarked adults trapped at the base of Foster Dam upstream of the dams in the best possible condition is an important step toward increasing and maintaining these populations.  Release sites should have deep water, mild bank gradients, and short tube distances from the truck to the river.  The construction and maintenance of well-functioning, permanent release sites would be beneficial for the health and condition of adult fish.

**FOSTER DAM**

21. I support the spill proposals suggested by the plaintiffs at Foster Dam as an interim measure.  At Foster Dam, spring spill between March and June would provide passage

[18] Romer, J.D., and F.R. Monzyk. 2014. Adfluvial life history in spring Chinook salmon from Quartzville Creek, Oregon. North American Journal of Fisheries Management 34:885-891.

[19] O'Malley, K.G., Evans, M.L., Johnson, M.A., Banks, M.A., Jacobson, D. and Hogansen, M, 2014, Genetic parentage analysis of spring Chinook salmon on the South Santiam River—Insights into population productivity and reintroduction strategies: Report of Oregon State University, Corvallis, and Oregon Department of Fish and Wildlife, Newport, Oregon, prepared for U.S. Army Corps of Engineers, Portland, Oregon, 44 p.

[20] ODFW and NOAA. 2011. Upper Willamette River conservation and recovery plan for Chinook salmon and steelhead. Oregon Department of Fish and Wildlife, Salem, and NOAA Fisheries, Northwest Region, Seattle WA.

[21] Romer, J.D., F.R. Monzyk, R. Emig, and T.A. Friesen. 2013. Juvenile salmonid outmigration monitoring at Willamette Valley Project reservoirs. Annual Report to U.S. Army Corps of Engineers, Portland, Oregon. Task Order W9127N-10-2-0008-0006. Oregon Department of Fish and Wildlife, Corvallis; O'Malley, K.G., Evans, M.L., Johnson, M.A., Banks, M.A., Jacobson, D. and Hogansen, M, 2014, Genetic parentage analysis of spring Chinook salmon on the South Santiam River—Insights into population productivity and reintroduction strategies: Report of Oregon State University, Corvallis, and Oregon Department of Fish and Wildlife, Newport, Oregon, prepared for U.S. Army Corps of Engineers, Portland, Oregon, 44 p.

Page 11 -  DECLARATION OF DR. ELISE KELLEY IN SUPPORT OF STATE OF OREGON AMICUS BRIEF
TBW/jl9/10494158

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT C    11 of 14

for steelhead smolts (primarily 2-yr olds) in addition to Chinook salmon fry.  Fall spill would provide passage for younger year classes of *Oncorhynchus mykiss*[22] which may not have been accounted for during telemetry studies where older/larger fish were used.[23]

22. The Foster Fish Weir, far from providing successful downstream passage, injures and kills fish at an unacceptable rate.[24]  It is not obvious that the weir, even with a fix, would provide an acceptable fish passage option for juveniles or kelts (adult steelhead that have already spawned; steelhead can spawn multiple times).  Fish would benefit by a full review of all structural options and selection of the best option by a technical advisory team.

23. Currently, the release site on the South Santiam at River Bend Campground is a critical release site for winter steelhead.  It is in poor condition and increasingly undermined by winter flows.  The only other release site in the Upper South Santiam River (Gordon Road) is 15 miles upstream from River Bend; well upstream of a number of the most productive winter steelhead spawning and rearing tributaries.

## MONITORING AND OTHER ISSUES

24. Monitoring to inform the adaptive management process must be focused where it can provide needed information regarding real-time actions on passage improvements, migration, and spawning behavior under different discharge scenarios and for other fish attributes.

[22] Monzyk, F. R., J. D. Romer, R. Emig, and T. A. Friesen.  2017. Downstream movement and Foster Dam passage of juvenile winter steelhead in the South Santiam River.  Final Report to the U.S. Army Corps of Engineers, Task Order W9127N-10-02-0033.  Oregon Department of Fish and Wildlife, Corvallis.

[23] Hughes, J. S., B. J. Bellgraph, J. Kim, C. V. Vernon, E. F. Fischer, E. D. Green, S. A. Liss, K. A Deters, and G. E. Johnson. 2016. Evaluation of Juvenile Salmonid Passage and Behavior at Foster Dam Using Radio Telemetry, 2015. PNNL-25253. Draft final report submitted to the U. S. Army Corps of Engineers, Portland, Oregon. Pacific Northwest National Laboratory, Richland, WA.

[24] Hughes, James; Liss, Stephanie; Flaherty, Ryan; Fischer, Eric; Bellgraph, Brian; Johnson, Gary; and Khan, Fenton.  2017.  Evaluation of Juvenile Salmonid Passage and Behavior at Foster Dam Utilizing Radio Telemetry, 2015 and 2016.  International Conference on Engineering and Ecohydrology for Fish Passage.

Page 12 -  DECLARATION OF DR. ELISE KELLEY IN SUPPORT OF STATE OF OREGON AMICUS BRIEF
TBW/jl9/10494158

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT C    12 of 14

25. Biannual reports would be a useful tool to report on actual progress towards fish benefits. There has been too little accountability in the WATER process, or ability by fisheries managers to move studies, operations, flows, and passage options in needed directions. A technical advisory team, formulated as described in the plaintiff's remedy proposal, would ensure that the correct issues are being addressed.

26. The WATER process is overly burdensome with as many as seven teams meeting monthly. Participation is critical to keep informed and provide input; however, there is no compensation for agencies' participation.

27. The USACE retains decision authority on all the WATER teams, including funding decisions. Decisions made often do not reflect the collective opinions of the natural resource agencies. There is a need for a neutral body, such as the technical advisory team described in the Plaintiff's remedy proposal, to ensure an unbiased, effective process and that the decisions being made are the best ones for listed fish.

28. A public repository of all studies related to the 2008 BiOp, previous BiOps, and other operations, studies, and plans that could impact listed species is badly needed. Reports even a few years old are difficult to find and there is no central location in which to find all relevant information. We note that all reports from BiOp studies conducted by ODFW are compiled at: https://odfw.forestry.oregonstate.edu/willamettesalmonidrme/.

29. Extant populations of *O. mykiss* in the Willamette basin fall into four genetic groups: (1) native winter steelhead; (2) non-native winter steelhead; (3) non-native summer steelhead, and (4) native rainbow trout.[25] Low numbers of winter steelhead returns are unlikely to be the consequence of decreased fitness resulting from introgression with summer steelhead. Repeated studies have confirmed that introgression rates (the

---

[25] VanDoornik, D.M., M.A Hess, M.A. Johnson, D.J. Teel, T.A. Friesen, and J.M Myers. Genetic population structure of Willamette River steelhead and the influence of introduced stocks. Transactions of the American Fisheries Society 144:150-162.

Page 13 - DECLARATION OF DR. ELISE KELLEY IN SUPPORT OF STATE OF OREGON
AMICUS BRIEF
TBW/jl9/10494158

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

proportion of native winter/ non-native summer steelhead hybrids) in the upper

Willamette are less than 13%,[26] and yet winter steelhead numbers continue to decline.

While lack of access to beneficial spawning and rearing habitat currently locked up

behind USACE dams in the Upper Willamette Basin may not be the only contributing

factor to winter steelhead decline (land use changes, climate change, and other limiting

factors have been identified),[27] it is a major contributing factor to the decline of these

fish.  In light of challenges like climate change and continued population growth in

western Oregon, access to habitat above these dams is critical to increase the resiliency of

these fish populations.

30. Winter steelhead kelts are an important component of the species' life history.  Ensuring

they have safe passage into and out of the river systems is an important contribution to

creating a self-sustaining wild population, in addition to benefits that would be realized

from improved juvenile passage.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on October 22, 2020.

DR. ELISE KELLEY

---

[26] Johnson, M.J., T.A. Friesen, D.M. VanDoornik, D.J. Teel, and J.M. Myers.  2018.  Genetic influence from hatchery stocks on upper Willamette River steelhead *Oncorhynchus mykiss*.  Information Report 2018-03.  Oregon Department of Fish and Wildlife, Salem.

[27] ODFW and NOAA. 2011. Upper Willamette River conservation and recovery plan for Chinook salmon and steelhead. Oregon Department of Fish and Wildlife, Salem, and NOAA Fisheries, Northwest Region, Seattle WA.

Page 14 -  DECLARATION OF DR. ELISE KELLEY IN SUPPORT OF STATE OF OREGON
                AMICUS BRIEF
          TBW/jl9/10494158

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

MOTION FOR LEAVE
EXHIBIT C    14 of 14