IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NORTHWEST ENVIRONMENTAL DEFENSE CENTER, WILDEARTH GUARDIANS, and NATIVE FISH SOCIETY,

        Plaintiffs,

v.

UNITED STATES ARMY CORPS OF EINGINEERS and NATIONAL MARINE FISHERIES SERVICE,

        Defendants.

CITY OF SALEM and MARION COUNTY,

        Intervenor-Defendants.

No. 3:18-cv-00437-HZ

ORDER

HERNÁNDEZ, District Judge:

The parties shall respond to the expert's informational requests contained in Attachments 1 and 2 to this Order within 14 days.

IT IS SO ORDERED.

DATED:January 16, 2021.

_____
MARCO A. HERNÁNDEZ
United States District Judge

1 – ORDER