| ID | Basin | Short description | Full description | Type of action | Scenario evaluated in 2012 USACE? |
|---|---|---|---|---|---|
| | | | **Interim measures** | | |
| NS1 | N. Santiam | Detroit drawdown (Nov-Dec) | Draw down Detroit Reservoir below min cons. pool (1450') by Nov 1 and maintain below 1450' through Dec. 1, use lower RO during that time for temperature control. | drawdown | Similar to DET_04, but not as deep |
| NS2 | | Detroit - ROs at night | From Nov 1 through Feb. 1, use upper RO and turn off turbines during the hours of 4 pm to 8 am. | same flow, different outlet | DET_06 |
| NS3 | | Detroit - 1/2 spillway flows at night | As soon as Detroit refills to 1543', operate the spillway so that at least one-half of the total project discharge (as measured below Big Cliff) is released from 6 pm to 6 am daily for thirty consecutive days. | same flow, different outlet | DET_03? |
| SS1 | S. Santiam | GP - spillway | After outplanting begins, once the reservoir reaches 970' the following spring, operate the spillway on a 24-hour basis for thirty days at a rate that is at least one-half of the daily average outflow, and open the upper fish horn during that time. | same flow, different outlet? | |
| SS2 | | GP - Use of fish horn | During fall drawdown, when the reservoir elevation is within 40' of a fish horn, open the fish horn until the reservoir drops below it. | same flow, different outlet? | |
| SS3 | | GP - Temp ops | Conduct operations to improve downstream water temperatures and meet flow | | |
| SS4 | | Foster - spillway ops | Operate the spillway and turn turbines off Oct 1-Dec. 15 for the hours of 4 pm to 8 am and March 1-June 15 for the hours of 7 pm to 7 am. | same flow, different outlet | |
| SS5 | | Foster - min cons pool | Maintain Foster Reservoir at minimum conservation pool through May 15. | drawdown | FOS_01 |
| SS6 | | Foster - temp ops | Conduct operations to meet water temperature targets | | |

| | | | | | |
|---|---|---|---|---|---|
| McK1 | SF McKenzie | Cougar - RC: Reduce max refill | Limit refill of reservoir to 1600' | drawdown | |
| McK2 | | Cougar - RC: Early drawdown | Drop reservoir to 1570' by Sept. 1. | drawdown | |
| McK3 | | Cougar - RC: Early and deeper drawdown with outlet change | Drop reservoir to 1505' by Nov 15 and hold there until Dec. 15. Turn off turbines when the reservoir reaches minimum conservation pool (1532'). | drawdown and same flow/different outlet | Similar to CGR_-3b but deeper and shorter; Similar to CGR_03 but slightly deeper and shorter |
| McK4 | | Cougar - RC: Delayed refill | Maintain the reservoir at minimum conservation pool until May 1 unless the technical advisory team recommends beginning refill prior to that date based on current hydrologic data. | drawdown | similar to CGR_05 and CGR_07, but ends 30 days earlier |
| McK5 | | Cougar: ROs during spring | Turn off turbines from 6 pm to 7 am and operate RO Feb. 15-June 1. | same flow, different oulet | CGR_01? |
| MFW1 | MF Willamette | Lookout - Early and deeper drawdown | Begin reservoir drawdown Aug 1, lower the reservoir to 750' by Nov. 15 and hold there until Dec. 15. | drawdown | Similar to LOP_04 but slightly deeper and shorter |
| MFW2 | | Loookout - ROs for temp | Begin using RO Aug 15 for temperature control | same flow, different outlet | |
| MFW3 | | Lookout - No turbines at low flow | Turn off turbines when reservoir reaches minimum conservation pool (825'). | reduced outflows at low flow | |
| MFW4 | | Lookout - Ungated spring spill | When reservoir reaches 889' in spring (mid-March), conduct free, ungated spill for 2-4 weeks. Maintain reservoir below 911' during this operation. | same flow, different outlet? | |
| MFW5 | | Dexter - fall spill | During the fall drawdown operation at Lookout Point, conduct spill and turn turbines off at Dexter Dam from 4 pm to 8 am. | same flow, different outlet | |
| MFW6 | | Dexter - spring spill | During the spring spill operation at Lookout Point, conduct spill and turn turbines off at Dexter Dam from 7 pm to 7 am. | same flow, different outlet | |
| MFW7 | | Fall Creek - extended drawdown | Conduct the deep drawdown at Fall Creek similar to prior years but extend the dates from Dec. 1 through Jan. 15. | drawdown | FAL_01 |

| MFW8 | | Fall Creek - ROs for lower spring and summer pool | From April 1 to June 30, operate the ROs to maintain the reservoir at 728'. | Increase spring releases | |
|---|---|---|---|---|---|
| Sys | Systemwide | Prioritize Lookout refill | Prioritize refill of Lookout Point Reservoir to maximize opportunity for spill in spring. | other | |

| | | Interim measures | | | Impacts | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ID | Basin | Short | Full description | Type of action | upstream flooding | downstream flooding | dam safety | reservoir erosion | |
| NS1 | N. Santiam | Detroit drawdown (Nov-Dec) | Draw down Detroit Reservoir below min cons. pool (1450') by Nov 1 and maintain below 1450' through Dec. 1, use lower RO during that time for temperature control. | drawdown | | | | | |
| NS2 | | Detroit - ROs at night | From Nov 1 through Feb. 1, use upper RO and turn off turbines during the hours of 4 pm to 8 am. | same flow, different outlet | | | | | |
| NS3 | | Detroit - 1/2 spillway flows at night | As soon as Detroit refills to 1543', operate the spillway so that at least one-half of the total project discharge (as measured below Big Cliff) is released from 6 pm to 6 am daily for thirty consecutive days. | same flow, different outlet | | | | | |
| SS1 | S. Santiam | GP - spillway | After outplanting begins, once the reservoir reaches 970' the following spring, operate the spillway on a 24-hour basis for thirty days at a rate that is at least one-half of the daily average outflow, and open the upper fish horn during that time. | same flow, different outlet? | | | | | |
| SS2 | | GP - Use of fish horn | During fall drawdown, when the reservoir elevation is within 40' of a fish horn, open the fish horn until the reservoir drops below it. | same flow, different outlet? | | | | | |
| SS3 | | GP - Temp ops | Conduct operations to improve downstream water temperatures and meet flow | | | | | | |
| SS4 | | Foster - spillway ops | operate the spillway and turn turbines off Oct 1-Dec. 15 for the hours of 4 pm to 8 am and March 1-June 15 for the hours of 7 pm to 7 am. | same flow, different outlet | | | | | |
| SS5 | | Foster - min cons pool | Maintain Foster Reservoir at minimum conservation pool through May 15. | drawdown | | | | | |
| SS6 | | Foster - temp ops | Conduct operations to meet water temperature targets | | | | | | |
| McK1 | | Cougar - RC: Reduce max refill | Limit refill of reservoir to 1600' | drawdown | | | | | |
| McK2 | | Cougar - RC: Sept | Drop reservoir to 1570' by Sept. 1. | drawdown | | | | | |

| | | | | |
|---|---|---|---|---|
| McK3 | SF McKenzie | Cougar - RC: Early and deeper drawdown with outlet change | Drop reservoir to 1505' by Nov 15 and hold there until Dec. 15. Turn off turbines when the reservoir reaches minimum conservation pool (1532'). | drawdown and same flow/different outlet |
| McK4 | | Cougar - RC: Late refill | Maintain the reservoir at minimum conservation pool until May 1 unless the technical advisory team recommends beginning refill prior to that date based on current hydrologic data. | drawdown |
| McK5 | | Cougar: ROs during spring | Turn off turbines from 6 pm to 7 am and operate RO Feb. 15-June 1. | same flow, different oulet |
| MFW1 | MF Willamette | Lookout - Early and deeper drawdown | Begin reservoir drawdown Aug 1, lower the reservoir to 750' by Nov. 15 and hold there until Dec. 15. | drawdown |
| MFW2 | | Loookout - ROs for temp | Begin using RO Aug 15 for temperature control | same flow, different outlet |
| MFW3 | | Lookout - No turbines at low flow | Turn off turbines when reservoir reaches minimum conservation pool (825'). | reduced outflows at low flow |
| MFW4 | | Lookout - Ungated spring spill | When reservoir reaches 889' in spring (mid-March), conduct free, ungated spill for 2-4 weeks. Maintain reservoir below 911' during this operation. | same flow, different outlet? |
| MFW5 | | Dexter - fall spill | During the fall drawdown operation at Lookout Point, conduct spill and turn turbines off at Dexter Dam from 4 pm to 8 am. | same flow, different outlet |
| MFW6 | | Dexter - spring spill | During the spring spill operation at Lookout Point, conduct spill and turn turbines off at Dexter Dam from 7 pm to 7 am. | same flow, different outlet |
| MFW7 | | Fall Creek - extended drawdown | Conduct the deep drawdown at Fall Creek similar to prior years but extend the dates from Dec. 1 through Jan. 15. | drawdown |
| MFW8 | | Fall Creek - ROs for lower spring and summer pool | From April 1 to June 30, operate the ROs to maintain the reservoir at 728'. | Increase spring releases |
| | Systemwide | | | |
| Sys | | Prioritize Lookout refill | Prioritize refill of Lookout Point Reservoir to maximize opportunity for spill in spring. | other |