Lauren M. Rule (OSB #015174)
Elizabeth H. Potter (OSB #105482)
ADVOCATES FOR THE WEST
3701 SE Milwaukie Ave. Ste. B
Portland, OR 97202
(503) 914-6388
lrule@advocateswest.org
epotter@advocateswest.org

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL DEFENSE CENTER**, **WILDEARTH GUARDIANS**, and **NATIVE FISH SOCIETY**, | Case No. 3:18-cv-00437-HZ |
| Plaintiffs, | **JOINT PROPOSED SCHEDULE FOR REMAINDER OF REMEDY PHASE** |
| v. | |
| **U.S. ARMY CORPS OF ENGINEERS** and **NATIONAL MARINE FISHERIES SERVICE**, | |
| Defendants, | |
| and | |
| **CITY OF SALEM** and **MARION COUNTY**, | |
| Defendant-Intervenors, | |

Counsel for the parties have conferred and submit the following proposed schedule to complete the remedy phase of this litigation. In light of the extensive briefing, declarations, and exhibits already before the Court, the parties do not believe that depositions and an evidentiary hearing are necessary to address the issues that have been raised to this point in the case. However, the FRE 706 expert's report will present new information to the parties and the Court, and thus the parties or the Court may desire further testimony from the neutral expert or responses from the parties or the parties' experts. Accordingly, the parties submit the following proposed schedule to the Court:

- The FRE 706 expert report would be issued by March 29, 2021.

- If one or more of the parties wish to depose the FRE 706 expert, that deposition would occur the week of April 12, 2021 (subject to the FRE 706 expert's availability; if unavailable, then as soon thereafter as practicable).

- The parties will submit any written responses to the FRE 706 expert report, including any rebuttal declarations from their own experts, by April 30, 2021.

- The Court will hold the currently-scheduled May 6-7, 2021 dates for oral argument and/or an evidentiary hearing related to the information provided in the FRE 706 expert report and written responses. The parties shall inform the Court whether they believe live testimony about the FRE 706 expert report is warranted by April 23, 2021.

Should the Court desire live testimony at an evidentiary hearing to consider issues beyond those addressed in the FRE 706 expert report, the parties request the Court advise the parties as soon as possible that it desires a broader hearing, and which issue or issues the parties should be prepared to address, to allow the parties to develop a new schedule for that process to

JOINT PROPOSED SCHEDULE FOR REMAINDER OF REMEDY PHASE

include additional depositions and preparation for a more extensive evidentiary hearing. In lieu of live testimony, the parties are willing to provide supplemental briefing or declarations to answer specific questions that the Court may have about issues already raised.

Dated:  January 26, 2021          Respectfully submitted,

                                   /s/Lauren M. Rule
Lauren M. Rule (OSB #015174)
Elizabeth H. Potter (OSB #105482)
ADVOCATES FOR THE WEST
3701 SE Milwaukie Ave, Suite B
Portland, OR  97202
Tel: (503) 914-6388
lrule@advocateswest.org
epotter@advocateswest.org

Attorneys for Plaintiffs


JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief

/s/ Kaitlyn Poirier
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 307-6623
Fax: (202) 305-0275
kaitlyn.poirier@usdoj.gov

/s/ Michael R. Eitel
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace 370
Denver, Colorado 80202

JOINT PROPOSED SCHEDULE FOR REMAINDER OF REMEDY PHASE

Telephone: (303) 844-1479
Fax: (303) 844-1350
Email: michael.eitel@usdoj.gov

Attorneys for Federal Defendants

JOINT PROPOSED SCHEDULE FOR REMAINDER OF REMEDY PHASE