JEAN E. WILLIAMS, Acting Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
MICHAEL R. EITEL, Senior Trial Attorney
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623
Facsimile: (202) 305-0275
Email: kaitlyn.poirier@usdoj.gov; michael.eitel@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL DEFENSE CENTER, et al., | Case No.: 3:18-cv-00437-HZ |
| Plaintiffs, | FEDERAL DEFENDANTS' NOTICE REGARDING DR. TULLOS' INVOICE (ECF 168) |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS, et al., | |
| Defendants, | |
| and | |
| CITY OF SALEM and MARION COUNTY, | |
| Defendant-Intervenors. | |

Federal Defendants have reviewed Dr. Tullos' invoice # 1 (ECF 168) and do not have any

objections. Federal Defendants will begin processing the payment once the Court issues an order

Federal Defendants' Notice Regarding Dr. Tullos' Invoice - 1

directing the United States to pay the invoiced amount. *See* Order Appointing Court-Retained Expert, ECF 149 at 4.

| | |
|---|---|
| Dated: April 8, 2021 | JEAN E. WILLIAMS, Acting Assistant Attorney General<br>SETH M. BARSKY, Section Chief<br>S. JAY GOVINDAN, Assistant Section Chief<br><br>*/s/ Kaitlyn Poirier*<br>KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Wildlife & Marine Resources Section<br>Ben Franklin Station, P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Telephone: (202) 307-6623<br>Fax: (202) 305-0275<br>Email: kaitlyn.poirier@usdoj.gov<br><br>Attorneys for Federal Defendants |

## CERTIFICATE OF SERVICE

I certify that on April 8, 2021, the foregoing was electronically filed through the Court's electronic filing system, which will generate automatic service on all parties enrolled to receive such notice.

/s/ Kaitlyn Poirier
Kaitlyn Poirier
Trial Attorney, U.S. Department of Justice