JEAN E. WILLIAMS, Acting Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
MICHAEL R. EITEL, Senior Trial Attorney
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623
Facsimile: (202) 305-0275
Email: kaitlyn.poirier@usdoj.gov; michael.eitel@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL DEFENSE CENTER, et al., | Case No.: 3:18-cv-00437-HZ |
| Plaintiffs, | FEDERAL DEFENDANTS' NOTICE REGARDING WHETHER LIVE TESTIMONY ABOUT THE EXPERT REPORT IS WARRANTED |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS, et al., | |
| Defendants, | |
| and | |
| CITY OF SALEM and MARION COUNTY, | |
| Defendant-Intervenors. | |

In accordance with the Court's February 2, 2020 Order (ECF 153), Federal Defendants are informing the Court that they do not believe live testimony about Dr. Tullos' expert report or human health and safety issues is warranted.

Notice Regarding Live Testimony - 1

Dated: April 23, 2021          JEAN E. WILLIAMS, Acting Assistant Attorney General
                               SETH M. BARSKY, Section Chief
                               S. JAY GOVINDAN, Assistant Section Chief

                               */s/ Kaitlyn Poirier*
                               KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
                               U.S. Department of Justice
                               Environment & Natural Resources Division
                               Wildlife & Marine Resources Section
                               Ben Franklin Station, P.O. Box 7611
                               Washington, D.C. 20044-7611
                               Telephone: (202) 307-6623
                               Fax: (202) 305-0275
                               Email: kaitlyn.poirier@usdoj.gov

                               Attorneys for Federal Defendants

Notice Regarding Live Testimony - 2

## CERTIFICATE OF SERVICE

I certify that on April 23, 2021, the foregoing was electronically filed through the Court's electronic filing system, which will generate automatic service on all parties enrolled to receive such notice.

/s/ Kaitlyn Poirier
Kaitlyn Poirier
Trial Attorney, U.S. Department of Justice

Notice Regarding Live Testimony - 3