Lauren M. Rule (OSB #015174)
Elizabeth H. Potter (OSB #105482)
ADVOCATES FOR THE WEST
3701 SE Milwaukie Ave. Ste. B
Portland, OR 97202
(503) 914-6388
lrule@advocateswest.org
epotter@advocateswest.org

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL DEFENSE CENTER, WILDEARTH GUARDIANS**, and **NATIVE FISH SOCIETY**,<br><br>              Plaintiffs,<br><br>      v.<br><br>**U.S. ARMY CORPS OF ENGINEERS** and **NATIONAL MARINE FISHERIES SERVICE**,<br><br>              Defendants,<br><br>      and<br><br>**CITY OF SALEM** and **MARION COUNTY**,<br><br>              Defendant-Intervenors, | Case No.  3:18-cv-00437-HZ<br><br>**PLAINTIFFS' NOTICE ON WHETHER LIVE TESTIMONY ABOUT THE NEUTRAL EXPERT REPORT IS WARRANTED** |

In accordance with the Court's February 2, 2020 Order (ECF No. 153), Plaintiffs hereby inform the Court that they do not believe live testimony related to Dr. Tullos' expert report is warranted.

Dated: April 23, 2021   Respectfully submitted,

   /s/Lauren M. Rule
Lauren M. Rule (OSB #015174)
Elizabeth H. Potter (OSB #105482)
ADVOCATES FOR THE WEST
3701 SE Milwaukie Ave, Suite B
Portland, OR  97202
Tel: (503) 914-6388
lrule@advocateswest.org
epotter@advocateswest.org

Attorneys for Plaintiffs