TODD KIM, Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
MICHAEL R. EITEL, Senior Trial Attorney
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623
Facsimile: (202) 305-0275
Email: kaitlyn.poirier@usdoj.gov; michael.eitel@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL DEFENSE CENTER, et al., | Case No.: 3:18-cv-00437-HZ |
| Plaintiffs, | FEDERAL DEFENDANTS' NOTICE OF ERRATA |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS, et al., | |
| Defendants, | |
| and | |
| CITY OF SALEM and MARION COUNTY, | |
| Defendant-Intervenors. | |

Federal Defendants hereby submit this notice of errata regarding their Response to the Expert Panel's Submission for Injunction Action 10(a) (ECF 215). In the second paragraph of Section I, Federal Defendants mistakenly stated that to convert acre feet to cubic feet per second, the volume

Federal Defendants' Notice of Errata - 1

of water in acre feet is divided by 1.94. The correct equation is to divide the volume of water by 1.98. Federal Defendants have made that correction and updated all of the remaining calculations in the second paragraph that relied on the incorrect equation. A complete and corrected copy of Federal Defendants' Response will be filed on ECF separately (as the brief must be filed under seal).

Dated: September 16, 2021

          Respectfully submitted,

          TODD KIM, Assistant Attorney General
          SETH M. BARSKY, Chief
          S. JAY GOVINDAN, Assistant Chief

          */s/ Kaitlyn Poirier*
          KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
          U.S. Department of Justice
          Environment & Natural Resources Division
          Wildlife & Marine Resources Section
          Ben Franklin Station, P.O. Box 7611
          Washington, D.C. 20044-7611
          Telephone: (202) 307-6623
          Facsimile: (202) 305-0275
          Email: kaitlyn.poirier@usdoj.gov

          Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2021, a true and correct copy of the above document was electronically filed with the Clerk of Court using CM/ECF. Copies of the document will be served upon interested counsel via the Notices of Electronic Filing that are generated by CM/ECF.

/s/ *Kaitlyn Poirier*
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623
Facsimile: (202) 305-0275
Email: kaitlyn.poirier@usdoj.gov

Attorney for Federal Defendants