TODD KIM, Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
MICHAEL R. EITEL, Senior Trial Attorney
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623
Facsimile: (202) 305-0275
Email: kaitlyn.poirier@usdoj.gov; michael.eitel@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL DEFENSE CENTER, et al., | Case No.: 3:18-cv-00437-HZ |
| Plaintiffs, | FEDERAL DEFENDANTS' NOTICE OF APPEAL |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS, et al., | |
| Defendants, | |
| and | |
| CITY OF SALEM and MARION COUNTY, | |
| Defendant-Intervenors. | |

Notice is hereby given that Federal Defendants, the U.S. Army Corps of Engineers and the National Marine Fisheries Service, appeal to the United States Court of Appeals for the Ninth Circuit. Federal Defendants appeal the United States District Court for the District of Oregon's: (1) Opinion

Federal Defendants' Notice of Appeal - 1

and Order Granting Plaintiffs' Motion for Summary Judgment and Denying Federal Defendants' Motion for Summary Judgment (ECF 112); (2) Draft Order (ECF 194); (3) Minute Order Regarding Expert Panel (ECF 196); (4) Opinion and Order (ECF 212); (5) Interim Injunction (ECF 212); and (6) all subsequent Orders (ECF 220, etc.).

As the government, Federal Defendants are exempt from paying a docket fee. Circuit Rule 3-1. Pursuant to Federal Rule of Appellate Procedure 12(b) and Circuit Rule 3-2, a representation statement is attached.

Dated: October 29, 2021

Respectfully submitted,

TODD KIM, Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief

/s/ *Kaitlyn Poirier*
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623
Facsimile: (202) 305-0275
Email: kaitlyn.poirier@usdoj.gov

Attorneys for Federal Defendants

Federal Defendants' Notice of Appeal - 2


**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2021, a true and correct copy of the above document was electronically filed with the Clerk of Court using CM/ECF. Copies of the document will be served upon interested counsel via the Notices of Electronic Filing that are generated by CM/ECF.

/s/ *Kaitlyn Poirier*
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623
Facsimile: (202) 305-0275
Email: kaitlyn.poirier@usdoj.gov

Attorney for Federal Defendants