IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL DEFENSE CENTER, et al., | Case No.: 3:18-cv-00437-HZ |
| Plaintiffs, | **ORDER** |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS, et al., | |
| Federal Defendants, | |
| and | |
| CITY OF SALEM and MARION COUNTY, et al. | |
| Defendant-Intervenors. | |

Before the Court is Plaintiffs' and Federal Defendants' Joint Motion for Extension of Plaintiffs' Fees Motion Deadlines. Good cause having been shown:

The joint motion is GRANTED;

The deadlines for filing any request for attorneys' fees and expenses under Federal Rule of Civil Procedure 54(d)(2)(B)(i), Local Rule 54-1(a)(1), and the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B), are EXTENDED until sixty days after the Court's Judgment becomes final and non-appealable. *See* Fed. R. App. P. 4(a)(1)(B).

IT IS SO ORDERED.

DATED: __July 3, 2025__

_____
MARCO A. HERNÁNDEZ
United States Senior District Judge